J. Robert Forshey
State Bar No. 07264200
Lynda L. Lankford
State Bar No. 11935020
Laurie Dahl Rea
State Bar No. 00796150
FORSHEY & PROSTOK LLP
777 Main St., Suite 1290
Ft. Worth, TX 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151
bforshey@forsheyprostok.com
llankford@forsheyprostok.com
lrea@forsheyprostok.com

ATTORNEYS FOR DEBTOR
AND DEBTOR IN POSSESSION

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 CASE |
| | ) | |
| DUNCAN BURCH, INC., | ) | CASE NO. 19-41699-elm-11 |
| | ) | |
| DEBTOR. | ) | |
| | ) | |

**GLOBAL NOTES REGARDING DEBTOR'S SCHEDULES**

*These Global Notes (the "Global Notes") regarding the Schedules of Duncan Burch, Inc. (the "__Debtor__" or "__DBI__") comprise an integral part of the Schedules of Assets and Liabilities and should be referred to and considered in connection with any review of them.*

The Debtor's Schedules of assets, liabilities, executory contracts and unexpired leases, and co-debtors (collectively, the "Schedules") have been prepared pursuant to section 521 of title 11 of the United States Code, U.S.C. §§ 101, et seq. (the "Bankruptcy Code"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by personnel of the Debtor with the assistance of its advisors. The Global Notes pertain to all of the Schedules. The Schedules are unaudited.

The financial affairs and business of the Debtor are complex. While the Debtor's management has made reasonable efforts to ensure that the Schedules are accurate and complete based on information that was available to them at the time of preparation, the subsequent receipt or discovery of information and/or further review and analysis of the Debtor's books and records may result in material changes to financial data and other information contained in the Schedules. Moreover, because the Schedules contain unaudited information, which is subject to further review and potential adjustment, there can be no assurance that the Schedules are complete and accurate. Furthermore, nothing contained in the Schedules shall constitute a waiver of the Debtor's rights or an admission with respect to this chapter 11 case, including, without limitation, any issues involving equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant applicable laws to recover assets or avoid transfers.

**Agreements Subject to Confidentiality.** There may be instances within the Schedules where names, addresses or amounts have been left blank. Due to the nature of an agreement between the Debtor and the third party, concerns of confidentiality or concerns for the privacy of an individual, the Debtor may have deemed it appropriate and necessary to avoid listing such names, addresses and amounts.

**Amendment.** While reasonable efforts were made to file complete and accurate Schedules, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend and/or supplement its Schedules as is necessary and appropriate.

**Basis of Presentation.** While the Schedules, at times, incorporate information prepared in accordance with generally accepted accounting principles ("GAAP"), the Schedules do not purport to represent financial information prepared in accordance with GAAP.

**Causes of Action.** The Debtor, despite its best efforts, may not have identified or set forth all of its causes of action (filed or potential) as assets in its Schedules. The Debtor reserves all of its rights with respect to any causes of action it may have and neither these Global Notes nor the Schedules shall be deemed a waiver of any such causes of action.

**Claims Description.** Any failure to designate an amount on the Debtor's Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated." The Debtor reserves the right to dispute

any claim reflected on its Schedules on any grounds including, without limitation, amount, liability, validity, priority or classification, or to otherwise subsequently designate such claims as "disputed," "contingent" or "unliquidated." The Debtor reserves its rights to object to any scheduled claims.

**Current Value of Assets.** It would be prohibitively expensive, unduly burdensome and an inefficient use of resources for the Debtor to obtain current valuations of all of its assets. Accordingly, unless otherwise indicated, net book values, rather than current market valuations, of the Debtor's interests in assets are reflected on the Schedules. For this reason, amounts ultimately realized may vary from net book value and such variance may be material. As applicable, assets that have been fully depreciated or were expensed for accounting purposes have no net book value.

**Date.** Unless otherwise indicated, the values reflected on the Schedules are as of April 29, 2019 (the "Petition Date").

**Estimates.** The preparation of the Schedules required the Debtor to make certain estimates and assumptions that affect the reported amounts of its assets and liabilities. Actual results could differ from those estimates.

**Insiders.** Persons listed as "insiders" have been included for informational purposes only and should not be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right or defense and all such rights, claims and defenses are hereby expressly reserved. Further, the Debtor does not take any position with respect to (a) such person's influence over the control of the Debtor, (b) the management responsibilities or functions of such individual, (c) the decision-making or corporate authority of such individual or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law.

**Inventory.** Inventory, where applicable, is presented without consideration for any potential liens asserted by domestic common carriers, shippers, truckers, or similar liens.

**Liabilities Generally.** Some of the Debtor's scheduled liabilities are unknown and/or unliquidated at this time. In such cases, the amounts may be listed as "Unknown" or "Undetermined." As a result, the Debtor's Schedules do not accurately reflect the aggregate amount of the Debtor's liabilities, which may differ materially from those stated in the Schedules.

**Prepetition and Postpetition Liabilities.** The Debtor has sought to allocate liabilities between prepetition and postpetition periods based on information from research that was conducted in connection with the preparation of the Schedules. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.

**Schedules A/B.** Cash on hand includes $21,000 in Petty Cash and $74,519 in deposits-in-transit. Of the total deposits-in-transit, an estimated $61,276.97 was held in trust for the benefit of 3221 Investments, Inc. ("3221") pursuant to a Concession Agreement between the parties, as further described in the *Debtor's Motion for Entry of an Order Authorizing the Debtor to Continue to*

*Operate Under its Concession Agreement With 3221 Investments Inc. in the Ordinary Course of Business* [Docket No. 6]. Consequently, $61,276.97 of the deposits-in-transit is not considered property of the Debtor's estate. However, the total deposits-in-transit are included in the Debtor's Schedules for the purpose of full disclosure. Likewise, the amounts provided for the Debtor's various checking accounts include approximately $58,339.09 in funds that were held in trust for the benefit of 3221 and are not considered to be property of the estate. However, for purposes of full disclosure, the entire amount of funds held in checking accounts as of the Petition Date is provided.

The amount provided in the Schedules for accounts receivable that are 90 days old or less includes $5,264.25 in credit card receipts-in-transit and $44,532 due from 3221 pursuant to the Concession Agreement. Of the total credit card receipts-in-transit, an estimated $4,328.79 is attributable to receipts belonging to 3221 and is therefore held in trust for 3221 pursuant to the Concession Agreement and is not considered estate property. The total amount of credit card receipts-in-transit is included in the Schedules for the purpose of full disclosure. The $44,532 "receivable" due from 3221 is likewise included for disclosure purposes. The 3221 receivable does not take into account the intercompany claim held by 3221 against the Debtor in the amount of $833,172.44. On a net basis, 3221 is an account creditor of the Debtor with a claim in the amount of $788,630.44.

The items included under "Office Furniture" consist of personal property held in a 2-bedroom apartment in Houston, Texas, which is used by DBI management traveling to and from the Club for business purposes. All of the personal property located at the Club is leased to the Debtor under the terms of the Lease Agreement with Duncan Burch. Consequently, all of such personal property is either omitted or is included as leased property in the Schedules.

**Schedule D – Creditors Holding Secured Claims.** The Debtor has not included on Schedule D entities that may believe their claims are secured through setoff rights, deposits posted by or on behalf of the Debtor, or inchoate statutory lien rights. Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtor reserves its right to dispute or challenge, among other things, the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D. Moreover, although the Debtor may have scheduled claims of various creditors as secured claims, the Debtor reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim. For instance, the inclusion of a counterparty to a lease in Schedule D is not an admission that such lease constitutes a capital lease, and the Debtor reserves all rights to contend that the referenced agreement is, instead, an operating lease. The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in the Global Notes or the Schedules shall be deemed a modification or interpretation of the terms of such agreements. The Debtor reserves the right to dispute the tax assessed value for any of the taxable assets.

The State of Texas asserts that it holds a claim based on SOB (Sexually Oriented Business) Fees for the period from 2008 through 2014 in the approximate amount of $3.9 million. The Debtor disputes this claim and contends that it did not operate as an SOB during the applicable period. The State further asserts that its claim is secured pursuant to a filed tax lien. The Debtor disputes both the basis for the alleged claim and the validity and effectiveness of the alleged lien. However, in connection with *Debtor's Motion for Entry of Interim and Final Orders Authorizing the Use of Cash Collateral and Granting Adequate Protection* [Docket No. 7], the Debtor determined the approximate value of the State's security interest in current assets as of the Petition Date, assuming the State's claim and lien are valid (which the Debtor disputes). This amount is $43,001.78 and is reflected in Schedule D as the State's disputed secured claim. The balance of the disputed claim ($3.9 million less $43,001.78) is included as a general unsecured claim in Schedule F.

**Schedule E/F – Creditors Holding Priority Claims.** The Debtor reserves its rights to dispute or challenge whether creditors listed on Schedule E/F, Part 1, are entitled to priority claims.

**Schedule E/F – Creditors Holding Unsecured Nonpriority Claims.** Schedule E/F does not include certain deferred charges, deferred liabilities or general reserves. Such amounts may, however, be reflected on the Debtor's books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date. The claims listed in Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. While best efforts have been made, determination of each date upon which each claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtor does not list a date for each claim listed on Schedule E/F.

**Schedule G – Executory Contracts and Unexpired Leases.** The business of the Debtor is complex. While reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions or overinclusion may have occurred. The Debtor hereby reserves all of its rights to dispute the validity, status or enforceability of any contract, agreement or lease set forth on Schedule G that may have expired or may have been modified, amended and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed on Schedule G. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth on Schedule G. Certain executory agreements may not have been memorialized in writing and could be subject to dispute. In addition, the Debtor may have entered into various other types of agreements in the ordinary course of business, such as easements, right of way, subordination, non-disturbance, and attornment agreements, supplemental agreements, amendment/letter agreements, title agreements and confidentially agreements. Such documents may not be set forth on Schedule G. The Debtor reserves all of its rights to dispute or challenge the characterization of the structure or substances of any transaction, or any document or instrument. In the ordinary course of business, the Debtor may have entered into agreements, written or oral, for the provision of certain services on a month-to-

month or at-will basis. Such contracts may not be included on Schedule G. The Debtor, however, reserves the right to assert that such agreements constitute executory contracts. Listing a contract, agreement or lease on Schedule G does not constitute an admission that such contract, agreement or lease is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtor reserves all rights to challenge whether any of the listed contracts, agreements, leases or other documents constitute an executory contract or unexpired lease, including if any are unexpired real property leases. The Debtor reserves all rights to contend that any of the listed leases are capital leases rather than operating leases. Any and all of the Debtor's rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G are hereby reserved and preserved. Omission of a contract, agreement or lease from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts, agreements or leases are not impaired by the omission. Schedule G may be amended at any time to add any omitted contract, agreement or lease. For any executory contract or unexpired lease that purportedly may have been assigned to the Debtor, but for which there is not documentation to support the purported assignment, neither the executory contract nor unexpired lease (or related claim) has been included on the Schedules.

**Totals.** All totals that are included in the Schedules represent totals of all known amounts included in the Debtor's books and records at the time of the Petition Date. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total, at times materially.

\* \* \*

The Debtor and its agents, attorneys and financial advisors do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communication or delivering the information contained herein. While every effort has been made to provide accurate and complete information herein, inadvertent errors and omissions may exist.

L:\BFORSHEY\Duncan Burch (WO) #5835\Pleadings 19-41699-elm11\Global Notes - Schedules 6.7.19.docx

**Fill in this information to identify the case:**

Debtor Name **Duncan Burch, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): **19-41699-elm11**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B................................................................................ | **$0.00** |

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B............................................................................... | **$274,831.81** |

   1c. **Total of all property:**
   Copy line 92 from Schedule A/B................................................................................. | **$274,831.81** |

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D..................... | **$44,155.49** |

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F.......................................... | **$77,352.28** |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F............................ | **+ $6,492,217.32** |

4. **Total liabilities**
   Lines 2 + 3a + 3b.......................................................................................... | **$6,613,725.09** |

| **Fill in this information to identify the case** |
| --- |

Debtor name    **Duncan Burch, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number   **19-41699-elm11**
(if known)

☐ Check if this is an
   amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| **Part 1:** | **Cash and cash equivalents** |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

**Current value of
debtor's interest**

2. **Cash on hand**                                                         **$95,519.00**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 3.1. | **American Bank-TX (Operating)** | **Checking account** | 7 3 7 1 | **$30,957.50** |
| 3.2. | **American Bank-TX (Payroll)** | **Checking account** | 6 4 3 1 | **$0.00** |
| 3.3. | **American Bank-TX (Payroll Taxes)** | **Checking account** | 7 3 9 7 | **$0.00** |
| 3.4. | **Vision Bank-OK (Operating)** | **Checking account** | 4 4 8 7 | **$38,678.57** |
| 3.5. | **Vision Bank-OK (Payroll)** | **Checking account** | 9 4 3 2 | **$10,902.02** |
| 3.6. | **Vision Bank-OK (Payroll Taxes)** | **Checking account** | 4 4 6 5 | **$38,897.66** |
| 3.7. | **Wells Fargo-TX (Operating)** | **Checking account** | 2 1 4 5 | **$1,310.67** |

4. **Other cash equivalents**    *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$216,265.42** |
| --- |

| Debtor | Duncan Burch, Inc. | Case number (if known) | 19-41699-elm11 |
|---|---|---|---|
| | Name | | |

## Part 2: Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

Current value of debtor's interest

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1. | Retainer with Forshey & Prostok, LLP | $2,679.81 |
|---|---|---|

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9. Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$2,679.81

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

| 11a. 90 days old or less: | $49,796.25 | – | $0.00 | = ............. ➔ | $49,796.25 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | $6,311.85 | – | $6,311.85 | = ............. ➔ | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$49,796.25

## Part 4: Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity: % of ownership:

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17. Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

$0.00

| Debtor | Duncan Burch, Inc. | Case number (if known) | 19-41699-elm11 |
|---|---|---|---|
| | Name | | |

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| Food and non-alcoholic beverages | 04/27/2019 | $2,090.33 | Cost | $2,090.33 |

**20. Work in progress**

**21. Finished goods, including goods held for resale**

**22. Other inventory or supplies**

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.          $2,090.33

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☒ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☒ Yes.  Book value     $2,090.33     Valuation method     Cost     Current value     $2,090.33

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.          $0.00

**34. Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

Debtor **Duncan Burch, Inc.**     Case number (if known) **19-41699-elm11**
Name

**36.** Is a depreciation schedule available for any of the property listed in Part 6?

☑ No
☐ Yes

**37.** Has any of the property listed in Part 6 been appraised by a professional within the last year?

☑ No
☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38.** Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **(3) televisions $600; (2) bedroom suites $2,000; (2) loveseats $1,000; (1) coffee table $100; (1) end table $75; (1) folding table $125; kitchen accessories $100** | **$4,000.00** | **Fair Market Value** | **$4,000.00** |
| **40. Office fixtures** | | | |
| **All Club FF&E (leased)** | **Unknown** | | **Unknown** |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| $4,000.00 |
|---|

**44.** Is a depreciation schedule available for any of the property listed in Part 7?

☑ No
☐ Yes

**45.** Has any of the property listed in Part 7 been appraised by a professional within the last year?

☑ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

**46.** Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

Debtor  __Duncan Burch, Inc._____  Case number (if known) __19-41699-elm11__
      Name

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

All Club Equipment (Leased)        Unknown              Unknown

**51.** **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.        **$0.00**

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9:  Real property

**54.** **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **6441 Southwest Freeway**<br>**Houston, TX 77074**<br>**Building, Land and all FF&E** | Lessee | Unknown | | Unknown |
| 55.2. **4620 N. Braeswood Blvd.**<br>**Houston, TX 77096**<br>**Halstead Apartments #P230** | Sub-Lessee | Unknown | | Unknown |

**56.** **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.        **$0.00**

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:  Intangibles and Intellectual Property

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

Debtor    **Duncan Burch, Inc.**      Case number (if known)   **19-41699-elm11**
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **Chicas Locas Common Use of trademark and Michael's International** | **Unknown** | | **Unknown** |
| **61. Internet domain names and websites** | | | |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** | | | |

**66. Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

| | **$0.00** |
|---|---|

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☐ No
☑ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **71. Notes receivable** | |
| Description (include name of obligor) | |
| **72. Tax refunds and unused net operating losses (NOLs)** | |
| Description (for example, federal, state, local) | |
| **Federal 941 Tax Refund (possible)**    Tax year   **2019** | **Unknown** |
| **73. Interests in insurance policies or annuities** | |
| **Lexington Insurance Co., Policy No. 023627350 General Liability & Liquor Liability (Jan. 29, 2019 to Jan. 29, 2020)** | **Unknown** |
| **Texas Farmers Insurance Company (FEMA) Policy No. 87040561312018; Flood (Sept. 15, 2018 to Sept. 15, 2019)** | **Unknown** |
| **Great Lakes Insurance SE Policy No. GK18390624227; Property (Oct. 1, 2019 to Oct. 1, 2020)** | **Unknown** |

| Debtor | Duncan Burch, Inc. | Case number (if known) | 19-41699-elm11 |
|---|---|---|---|
| | Name | | |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Possible claims and causes of action against State of Texas.**                                                                 **Unknown**

Nature of claim          _____

Amount requested        _____

75. **Other contingent and unliquidated claims or causes of action of every nature,**
**including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.                                                         **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$216,265.42** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$2,679.81** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$49,796.25** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$2,090.33** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$4,000.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9*...................................................➔ | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+ $0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | **$274,831.81** | + 91b. **$0.00** |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92.......................................................................  **$274,831.81**

**Fill in this information to identify the case:**

Debtor name **Duncan Burch, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **19-41699-elm11**
(if known)

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | **Column A**<br>Amount of claim<br>Do not deduct the<br>value of collateral. | **Column B**<br>Value of collateral<br>that supports<br>this claim |
| --- | --- | --- | --- |

**2.1**

| Creditor's name<br>**Comptroller of Public Accounts** | Describe debtor's property that is subject to a lien | $43,001.78 | $43,001.78 |
| --- | --- | --- | --- |

Creditor's mailing address
**State of Texas**

**111 E. 17th St.**

**Austin**      **TX**   **78774**

Creditor's email address, if known

Date debt was incurred   **2008-2014**

Last 4 digits of account number   **3  5  8  0**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Personal Property**

Describe the lien

**Disputed Tax Lien**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      **$44,155.49**

Debtor **Duncan Burch, Inc.**        Case number (if known) **19-41699-elm11**

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.2**

| | |
|---|---|
| Creditor's name<br>**Harris County Tax Assessor** | Describe debtor's property that is<br>subject to a lien |

                                                **$1,153.71**       **$0.00**

Creditor's mailing address
**PO Box 3547**

**Personal Property (2018 taxes)**

Describe the lien
**Statutory Lien**

**Houston**      **TX**    **77253-3547**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred   **1/1/2018**

Last 4 digits of account
number      **5**   **0**   **9**   **3**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes. Have you already specified the
        relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

    ☐ No. Specify each creditor, including this
        creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is
        specified on lines  _____

**2.3**

| | |
|---|---|
| Creditor's name<br>**Harris County Tax Assessor** | Describe debtor's property that is<br>subject to a lien |

                                                **Unknown**       **$0.00**

Creditor's mailing address
**PO Box 3547**

**Personal Property (2019 taxes)**

Describe the lien
**Statutory Lien**

**Houston**      **TX**    **77253-3547**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred   **1/1/2019**

Last 4 digits of account
number      **5**   **0**   **9**   **3**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes. Have you already specified the
        relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

    ☐ No. Specify each creditor, including this
        creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is
        specified on lines  _____

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **Duncan Burch, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **19-41699-elm11** |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | $75.95 | $75.95 |

**Aguilar Murillo, Stefanie**

**10615 Beechnut**

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

Houston **TX** **71072**

**Date or dates debt was incurred**

**5/3/19**

**Basis for the claim:**
**Employee Wages**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **4** )

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | $103.70 | $103.70 |

**Alfonso Menendez, Lidice**

**8100 Sands Point Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

Houston **TX** **77036**

**Date or dates debt was incurred**

**5/3/19**

**Basis for the claim:**
**Employee Wages**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **4** )

Debtor **Duncan Burch, Inc.**       Case number (if known) **19-41699-elm11**

## Part 1:    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.3**   **Priority creditor's name and mailing address**

Aular, Hannayka D

801 Country Place Dr. #294

Houston      TX    77079

**Date or dates debt was incurred**

5/3/19

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **4** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Employee Wages

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim **$43.07**    Priority amount **$43.07**

---

**2.4**   **Priority creditor's name and mailing address**

Avila, Dennis L

7014 Camino Verde

Houston      TX    77083

**Date or dates debt was incurred**

5/3/19

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **4** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Employee Wages

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim **$729.46**    Priority amount **$729.46**

---

**2.5**   **Priority creditor's name and mailing address**

Baires, Mayra

10445 Green Crossing #924

Houston      TX    77060

**Date or dates debt was incurred**

5/3/19

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **4** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Employee Wages

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim **$139.46**    Priority amount **$139.46**

| Debtor | Duncan Burch, Inc. | Case number (if known) | 19-41699-elm11 |
|---|---|---|---|

## Part 1: Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.6** Priority creditor's name and mailing address

**Caballero Ayllon, Yaneris D**

**12200 Fleming Dr. #1005A**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston              TX      77013**

Date or dates debt was incurred
**5/3/19**

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

Basis for the claim:
**Employee Wages**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$107.33**     Priority amount: **$107.33**

---

**2.7** Priority creditor's name and mailing address

**Camacho, Joseph S**

**9230 Concourse Dr. #607**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston              TX      77036**

Date or dates debt was incurred
**5/3/19**

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

Basis for the claim:
**Employee Wages**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$363.96**     Priority amount: **$363.96**

---

**2.8** Priority creditor's name and mailing address

**Castillo, Briselda**

**6425 Westheimer Rd. #1606**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston              TX      77057**

Date or dates debt was incurred
**5/3/19**

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

Basis for the claim:
**Employee Wages**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$157.26**     Priority amount: **$157.26**

Debtor  **Duncan Burch, Inc.**                                    Case number (if known)  **19-41699-elm11**

---

## Part 1:  Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.9**  Priority creditor's name and mailing address

**Columbie-Loforte, Noemi**

**3030 Elmside #240**

As of the petition filing date, the claim is: *Check all that apply.*
$116.95    $116.95

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston                    TX      77042**

Date or dates debt was incurred

**5/3/19**

Last 4 digits of account
number     ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **4**  )

Basis for the claim:

**Employee Wages**

Is the claim subject to offset?

☒ No
☐ Yes

---

**2.10**  Priority creditor's name and mailing address

**Comptroller of Public Accounts**

**111 E. 17th Street**

As of the petition filing date, the claim is: *Check all that apply.*
$6,872.00    $6,872.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Austin                    TX      78774-0100**

Date or dates debt was incurred

**April 2019**

Last 4 digits of account
number     ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **8**  )

Basis for the claim:

**Sales Taxes**

Is the claim subject to offset?

☒ No
☐ Yes

---

**2.11**  Priority creditor's name and mailing address

**Coyote, Mayra**

**10550 Valley Rorge Dr.**

As of the petition filing date, the claim is: *Check all that apply.*
$85.90    $85.90

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston                    TX      77042**

Date or dates debt was incurred

**5/3/19**

Last 4 digits of account
number     ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **4**  )

Basis for the claim:

**Employee Wages**

Is the claim subject to offset?

☒ No
☐ Yes

---

Debtor    **Duncan Burch, Inc.**        Case number (if known)   **19-41699-elm11**

---

| **Part 1:** | **Additional Page** |
| --- | --- |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

                                                              **Total claim**       **Priority amount**

**2.12**   **Priority creditor's name and mailing address**

**Cuarezma, Mickey F.**

**8102 Bellaire Blvd. #1522**

**Houston**             **TX**      **77036**

Date or dates debt was incurred

**5/3/19**

Last 4 digits of account number    __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:   11 U.S.C. § 507(a)(   **4**   )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Employee Wages**

**Is the claim subject to offset?**

☑ No
☐ Yes

              **$1,596.74**           **$1,596.74**

---

**2.13**   **Priority creditor's name and mailing address**

**Diaz Cordero, Jennifer**

**2151 S Kirkwood Dr.**

**Houston**             **TX**      **77077**

Date or dates debt was incurred

**5/3/19**

Last 4 digits of account number    __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:   11 U.S.C. § 507(a)(   **4**   )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Employee Wages**

**Is the claim subject to offset?**

☑ No
☐ Yes

              **$21.57**              **$21.57**

---

**2.14**   **Priority creditor's name and mailing address**

**Diaz Osorio, Rodolfo A**

**12203 Wembley Dr.**

**Houston**             **TX**      **77031**

Date or dates debt was incurred

**5/3/19**

Last 4 digits of account number    __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:   11 U.S.C. § 507(a)(   **4**   )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Employee Wages**

**Is the claim subject to offset?**

☑ No
☐ Yes

              **$1,335.60**           **$1,335.60**

---

Debtor   **Duncan Burch, Inc.** _____   Case number (if known)  **19-41699-elm11** _____

---

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.15**  Priority creditor's name and mailing address

**Dominguez Mejia, Ana Lilian**

**5900 Elm St. #644**

_____

_____

**Houston                    TX      77081**

Date or dates debt was incurred

**5/3/19**

Last 4 digits of account
number     ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the
claim is:  *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Employee Wages**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **$137.79**    Priority amount: **$137.79**

---

**2.16**  Priority creditor's name and mailing address

**Dominguez, Indira G**

**6405 Westward St. #15**

_____

_____

**Houston                    TX      77081**

Date or dates debt was incurred

**5/3/19**

Last 4 digits of account
number     ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the
claim is:  *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Employee Wages**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **$143.05**    Priority amount: **$143.05**

---

**2.17**  Priority creditor's name and mailing address

**Drake, Yailen**

**2747 Breargrove Dr. #345**

_____

_____

**Houston                    TX      77057**

Date or dates debt was incurred

**5/3/19**

Last 4 digits of account
number     ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the
claim is:  *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Employee Wages**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **$92.39**    Priority amount: **$92.39**

---

Debtor __Duncan Burch, Inc._____    Case number (if known) __19-41699-elm11_____

| Part 1: | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.18** | **Priority creditor's name and mailing address**
__Duran, Angelica__

__6000 Sun Forest #1304__

__Houston_____ TX____ 77092__

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total claim: **$139.14**   Priority amount: **$139.14**

**Date or dates debt was incurred**
__5/3/19__

**Basis for the claim:**
__Employee Wages__

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(__4__)

**2.19** | **Priority creditor's name and mailing address**
__Escalona Socorro, Damayanti__

__6425 South Gessner #3113__

__Houston_____ TX____ 77036__

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total claim: **$42.91**   Priority amount: **$42.91**

**Date or dates debt was incurred**
__5/3/19__

**Basis for the claim:**
__Employee Wages__

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(__4__)

**2.20** | **Priority creditor's name and mailing address**
__Ferras Rodriguez, Teresa__

__7500 Bellerive Dr. #2401__

__Houston_____ TX____ 77036__

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total claim: **$64.18**   Priority amount: **$64.18**

**Date or dates debt was incurred**
__5/3/19__

**Basis for the claim:**
__Employee Wages__

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(__4__)

Debtor    __Duncan Burch, Inc.__                               Case number (if known) __19-41699-elm11__

## Part 1:    Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.21**   Priority creditor's name and mailing address

**Flores, Aracely**

**620 Winspet #739**

**Houston**      **TX**    **77057**

Date or dates debt was incurred

**5/3/19**

Last 4 digits of account
number   __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**Employee Wages**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Total claim: $1,017.70**     **Priority amount: $1,017.70**

---

**2.22**   Priority creditor's name and mailing address

**Garcia, Blanca**

**4211 Clay Hill Dr. #305**

**Houston**      **TX**    **77084**

Date or dates debt was incurred

**5/3/19**

Last 4 digits of account
number   __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**Employee Wages**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Total claim: $131.40**     **Priority amount: $131.40**

---

**2.23**   Priority creditor's name and mailing address

**Garcia, Valeria**

**3310 Rivermead Ct.**

**Katy**      **TX**    **77449**

Date or dates debt was incurred

**5/3/19**

Last 4 digits of account
number   __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**Employee Wages**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Total claim: $67.88**     **Priority amount: $67.88**

---

Debtor    **Duncan Burch, Inc.**            Case number (if known)   **19-41699-elm11**

| Part 1: | Additional Page |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.24** Priority creditor's name and mailing address
**Gonzalez Viltre, Ivett**
**6438 Brigr Glad**

**Houston**      **TX**    **77072**

Date or dates debt was incurred
**5/3/19**

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Employee Wages**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Total claim **$45.31**    Priority amount **$45.31**

---

**2.25** Priority creditor's name and mailing address
**Gonzalez, Yillian**
**815 Autumn Wood Dr. #402**

**Houston**      **TX**    **77013**

Date or dates debt was incurred
**5/3/19**

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Employee Wages**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Total claim **$231.64**    Priority amount **$231.64**

---

**2.26** Priority creditor's name and mailing address
**Gramajo, Grasiela**
**3737 Hilcroft #108**

**Houston**      **TX**    **77056**

Date or dates debt was incurred
**5/3/19**

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Employee Wages**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Total claim **$53.56**    Priority amount **$53.56**

Debtor    **Duncan Burch, Inc.**      Case number (if known)   **19-41699-elm11**

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total claim** | **Priority amount** |
|---|---|---|

### 2.27   Priority creditor's name and mailing address

**Guerra Lopez, Emily**

**6302 W Bellfort Ave. #220**

| **Houston** | **TX** | **77035** |

**Date or dates debt was incurred**

**5/3/19**

**Last 4 digits of account number**   __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **4** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Employee Wages**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Total claim:** $88.38    **Priority amount:** $88.38

### 2.28   Priority creditor's name and mailing address

**Hernandez, Aurora**

**5730 Maywood St.**

| **Houston** | **TX** | **77053** |

**Date or dates debt was incurred**

**5/3/19**

**Last 4 digits of account number**   __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **4** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Employee Wages**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Total claim:** $45.10    **Priority amount:** $45.10

### 2.29   Priority creditor's name and mailing address

**Hernandez, Geissy**

**11655 Briar Forest**

| **Houston** | **TX** | **77077** |

**Date or dates debt was incurred**

**5/3/19**

**Last 4 digits of account number**   __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **4** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Employee Wages**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Total claim:** $35.84    **Priority amount:** $35.84

| Debtor | Duncan Burch, Inc. | Case number (if known) | **19-41699-elm11** |

## Part 1:  Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |

**2.30** Priority creditor's name and mailing address
**Hernandez, Jael**
**11131 Windmark Dr.**

Houston              TX      77099

Date or dates debt was incurred
**5/3/19**

Last 4 digits of account number  __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**$295.40**          **$295.40**

**2.31** Priority creditor's name and mailing address
**Hernandez, Karen E.**
**8835 Valley View Lane**

Houston              TX      77074

Date or dates debt was incurred
**5/3/19**

Last 4 digits of account number  __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**$388.25**          **$388.25**

**2.32** Priority creditor's name and mailing address
**Hernandez, Sandra P**
**1333 Eldridge Pkwy**

Houston              TX      77077

Date or dates debt was incurred
**5/3/19**

Last 4 digits of account number  __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**$170.95**          **$170.95**

Debtor    **Duncan Burch, Inc.**      Case number (if known)   **19-41699-elm11**

---

| **Part 1:** | **Additional Page** |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

                                                **Total claim**     **Priority amount**

---

**2.33**   Priority creditor's name and mailing address

**Herrera Navarro, Katiuska**

**21214 Park Mount Dr.**

**Katy**              **TX**      **77450**

Date or dates debt was incurred

**5/3/19**

Last 4 digits of account number   __ __   __ __   __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Employee Wages**

Is the claim subject to offset?

☑ No
☐ Yes

**$127.48**     **$127.48**

---

**2.34**   Priority creditor's name and mailing address

**Herrera, Leticia**

**3230 S Gessner #602**

**Houston**          **TX**      **77063**

Date or dates debt was incurred

**5/3/19**

Last 4 digits of account number   __ __   __ __   __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Employee Wages**

Is the claim subject to offset?

☑ No
☐ Yes

**$129.33**     **$129.33**

---

**2.35**   Priority creditor's name and mailing address

**Infante, Veronica**

**7752 Park Falls Dr.**

**Houston**          **TX**      **77095**

Date or dates debt was incurred

**5/3/19**

Last 4 digits of account number   __ __   __ __   __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Employee Wages**

Is the claim subject to offset?

☑ No
☐ Yes

**$74.96**     **$74.96**

---

Debtor   **Duncan Burch, Inc.**        Case number (if known)   **19-41699-elm11**

---

## Part 1:   Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.36** Priority creditor's name and mailing address

**Internal Revenue Service**

**Centralized Insolvency Operations**

**PO Box 7346**

**Philadelphia        PA    19101-7346**

Date or dates debt was incurred

**Jan-Jun 2019**

Last 4 digits of account
number    __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **8** )

**Jan-Mar $1,881.96**
**Apr-Jun  $ 610.00**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**FUTA Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$2,491.96**    Priority amount: **$2,491.96**

---

**2.37** Priority creditor's name and mailing address

**Internal Revenue Service**

**Centralized Insolvency Operations**

**PO Box 7346**

**Philadelphia        PA    19101-7346**

Date or dates debt was incurred

**5/3/19-6/17/19**

Last 4 digits of account
number    __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **8** )

**5/03/19 $11,530.62**
**6/17/19 $ 7,649.43**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Payroll Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$19,180.05**    Priority amount: **$19,180.05**

---

**2.38** Priority creditor's name and mailing address

**Jimenez, Dacha**

**7203 Bellaire Dr. #284**

**Houston        TX    77036**

Date or dates debt was incurred

**5/3/19**

Last 4 digits of account
number    __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wages**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$96.72**    Priority amount: **$96.72**

---

Debtor __Duncan Burch, Inc._____ Case number (if known) __19-41699-elm11__

---

## Part 1:   Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

| **2.39** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42.61** | **$42.61** |
|---|---|---|---|

**2.39** **Priority creditor's name and mailing address**

__Jordan, Claire E__

__915 Ridge St.__

_____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** **$42.61**   **Priority amount** **$42.61**

__Houston__                    __TX__      __77009__

**Date or dates debt was incurred**
__5/3/19__

**Last 4 digits of account number**   ___ ___ ___ ___

**Basis for the claim:**
__Employee Wages__

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( __4__ )

---

**2.40** **Priority creditor's name and mailing address**

__Lanza, Miladin E__

__7119 Rancheria Dr.__

_____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** **$1,638.24**   **Priority amount** **$1,638.24**

__Houston__                    __TX__      __77083__

**Date or dates debt was incurred**
__5/3/19__

**Last 4 digits of account number**   ___ ___ ___ ___

**Basis for the claim:**
__Employee Wages__

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( __4__ )

---

**2.41** **Priority creditor's name and mailing address**

__Lara, Maria A.__

__3110 Frick Rd.__

_____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** **$503.04**   **Priority amount** **$503.04**

__Houston__                    __TX__      __77038__

**Date or dates debt was incurred**
__5/3/19__

**Last 4 digits of account number**   ___ ___ ___ ___

**Basis for the claim:**
__Employee Wages__

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( __4__ )

Debtor    **Duncan Burch, Inc.**                                    Case number (if known)    **19-41699-elm11**

---

| Part 1: | Additional Page |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

### 2.42    Priority creditor's name and mailing address
**Lara, Reyna L**

**3110 Frick Rd.**

_____

Houston                    TX       77038

**Date or dates debt was incurred**
**5/3/19**

**Last 4 digits of account number**    __  __  __  __

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(  **4**  )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Employee Wages**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Total claim:** $292.20    **Priority amount:** $292.20

---

### 2.43    Priority creditor's name and mailing address
**Lay Cazulo, Deneth**

**11355 Richmond #1505**

_____

Houston                    TX       77082

**Date or dates debt was incurred**
**5/3/19**

**Last 4 digits of account number**    __  __  __  __

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(  **4**  )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Employee Wages**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Total claim:** $77.11    **Priority amount:** $77.11

---

### 2.44    Priority creditor's name and mailing address
**Lopez, Lilia**

**19606 Park Row #513**

_____

Houston                    TX       77084

**Date or dates debt was incurred**
**5/3/19**

**Last 4 digits of account number**    __  __  __  __

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(  **4**  )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Employee Wages**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Total claim:** $107.25    **Priority amount:** $107.25

---

Debtor    **Duncan Burch, Inc.**     Case number (if known)   **19-41699-elm11**

---

## Part 1:    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.45**   Priority creditor's name and mailing address

**Lopez, Stephanie M**

**4343 Daisy Meadow Dr.**

**Katy**      **TX**    **77449**

Date or dates debt was incurred

**5/3/19**

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Employee Wages**

Is the claim subject to offset?

☒ No
☐ Yes

**$365.32**     **$365.32**

---

**2.46**   Priority creditor's name and mailing address

**Lora, Lyza M**

**14900 Memorial Dr.**

**Houston**      **TX**    **77079**

Date or dates debt was incurred

**5/3/19**

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Employee Wages**

Is the claim subject to offset?

☒ No
☐ Yes

**$61.58**     **$61.58**

---

**2.47**   Priority creditor's name and mailing address

**Luna, Claudia L**

**4510 Rose Marie Lane**

**Humble**      **TX**    **77338**

Date or dates debt was incurred

**5/3/19**

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Employee Wages**

Is the claim subject to offset?

☒ No
☐ Yes

**$173.26**     **$173.26**

Debtor    **Duncan Burch, Inc.**                                                  Case number (if known) **19-41699-elm11**

| **Part 1:** | **Additional Page** |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total claim** | **Priority amount** |
|---|---|---|

**2.48** **Priority creditor's name and mailing address**

**Machado Acosta, Dailena**

**10222 Forum West Dr. #1321**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$70.08**          **$70.08**

**Houston**                    **TX**    **77036**

Basis for the claim:

**Employee Wages**

Date or dates debt was incurred

**5/3/19**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

---

**2.49** **Priority creditor's name and mailing address**

**Magee, Maria**

**8313 Sands Point Dr.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$56.54**          **$56.54**

**Houston**                    **TX**    **77036**

Basis for the claim:

**Employee Wages**

Date or dates debt was incurred

**5/3/19**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

---

**2.50** **Priority creditor's name and mailing address**

**Maldonado, Cruz**

**6231 Westward #56**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$871.56**          **$871.56**

**Houston**                    **TX**    **77081**

Basis for the claim:

**Employee Wages**

Date or dates debt was incurred

**5/3/19**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

Debtor    **Duncan Burch, Inc.**                                       Case number (if known)  **19-41699-elm11**

| Part 1: | Additional Page |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.51**  Priority creditor's name and mailing address

**Mane, Filomena**

**2500 Old Farm Rd. 1938**

Houston            TX      77063

Date or dates debt was incurred

**5/3/19**

Last 4 digits of account number  __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Employee Wages**

Is the claim subject to offset?

☑ No
☐ Yes

**$10.71**    **$10.71**

---

**2.52**  Priority creditor's name and mailing address

**Marcano, Alejandra**

**2828 Walnut Bend Lane #228**

Houston            TX      77042

Date or dates debt was incurred

**5/3/19**

Last 4 digits of account number  __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Employee Wages**

Is the claim subject to offset?

☑ No
☐ Yes

**$115.67**    **$115.67**

---

**2.53**  Priority creditor's name and mailing address

**Marinez, Yazmin**

**6700 Chimney Rod, Rd. #113**

Houston            TX      77081

Date or dates debt was incurred

**5/3/19**

Last 4 digits of account number  __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Employee Wages**

Is the claim subject to offset?

☑ No
☐ Yes

**$134.80**    **$134.80**

Debtor __Duncan Burch, Inc._____ Case number (if known) __19-41699-elm11__

| Part 1: | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.54** Priority creditor's name and mailing address
__Martinez, Dinora G__
__7500 Bellerive Dr. #1104__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$117.50**  Priority amount: **$117.50**

__Houston__                    __TX__      __77036__

Basis for the claim:
__Employee Wages__

Date or dates debt was incurred
__5/3/19__

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( __4__ )

**2.55** Priority creditor's name and mailing address
__Marty Luis, Yaquimir__
__2767 Briargrove Dr. #454__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$128.58**  Priority amount: **$128.58**

__Houston__                    __TX__      __77057__

Basis for the claim:
__Employee Wages__

Date or dates debt was incurred
__5/3/19__

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( __4__ )

**2.56** Priority creditor's name and mailing address
__Marval, Daniela__
__14805 Grisby Rd. #279__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$92.64**  Priority amount: **$92.64**

__Houston__                    __TX__      __77079__

Basis for the claim:
__Employee Wages__

Date or dates debt was incurred
__5/3/19__

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( __4__ )

Debtor  **Duncan Burch, Inc.**                                  Case number (if known)  **19-41699-elm11**

| Part 1: | Additional Page |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.57** Priority creditor's name and mailing address

**Mejia, Marleny**

**6726 Mobud Dr.**

**Houston                    TX        77074**

Date or dates debt was incurred

**5/3/19**

Last 4 digits of account
number          __ __  __ __

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Employee Wages**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **$69.01**    Priority amount: **$69.01**

---

**2.58** Priority creditor's name and mailing address

**Mendoza, Fabiola**

**3600 Woodchase Dr. #49**

**Houston                    TX        77042**

Date or dates debt was incurred

**5/3/19**

Last 4 digits of account
number          __ __  __ __

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Employee Wages**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **$118.04**    Priority amount: **$118.04**

---

**2.59** Priority creditor's name and mailing address

**Mesa Diaz, Moraima**

**7706 De Moss Dr.**

**Houston                    TX        77036**

Date or dates debt was incurred

**5/3/19**

Last 4 digits of account
number          __ __  __ __

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Employee Wages**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **$136.94**    Priority amount: **$136.94**

Debtor **Duncan Burch, Inc.**      Case number (if known) **19-41699-elm11**

## Part 1:   Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.60**   Priority creditor's name and mailing address

**Morales Noriega, Annia**

**5152 Kirkwood Dr. #116**

**Houston**      **TX**    **77077**

**Date or dates debt was incurred**

**5/3/19**

**Last 4 digits of account number**   __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Employee Wages**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Total claim: **$31.99**    Priority amount: **$31.99**

---

**2.61**   Priority creditor's name and mailing address

**Ortiz, Jessica A**

**24615 Lakecrest**

**Katy**      **TX**    **77493**

**Date or dates debt was incurred**

**5/3/19**

**Last 4 digits of account number**   __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Employee Wages**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Total claim: **$10.64**    Priority amount: **$10.64**

---

**2.62**   Priority creditor's name and mailing address

**Osahon, Edemakhiota D**

**5800 Gulfton St. #1647**

**Houston**      **TX**    **77081**

**Date or dates debt was incurred**

**5/3/19**

**Last 4 digits of account number**   __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Employee Wages**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Total claim: **$61.46**    Priority amount: **$61.46**

---

Debtor  **Duncan Burch, Inc.**      Case number (if known) **19-41699-elm11**

---

| **Part 1:** | **Additional Page** |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.63**    Priority creditor's name and mailing address

**Ovalles, Edgar R**

**21550 Provincial Blvd.**

**Katy**      **TX**    **77450**

Date or dates debt was incurred
**5/3/19**

Last 4 digits of account
number   __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Employee Wages**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$637.93**      **$637.93**

---

**2.64**    Priority creditor's name and mailing address

**Pacheco, Maria**

**6353 Skyline Dr. #189**

**Houston**      **TX**    **77057**

Date or dates debt was incurred
**5/3/19**

Last 4 digits of account
number   __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Employee Wages**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$1,052.79**      **$1,052.79**

---

**2.65**    Priority creditor's name and mailing address

**Paguaga, Julia S**

**8100 Sands Point #3309**

**Houston**      **TX**    **77036**

Date or dates debt was incurred
**5/3/19**

Last 4 digits of account
number   __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Employee Wages**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$128.76**      **$128.76**

---

Debtor   **Duncan Burch, Inc.**                                     Case number (if known)   **19-41699-elm11**

## Part 1:   Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.66**  Priority creditor's name and mailing address

**Palenzuela Fuentes, Nelvys**

**6601 Harbor Town #1215**

**Houston**         **TX**   **77036**

Date or dates debt was incurred
**5/3/19**

Last 4 digits of account
number    __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Employee Wages**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$12.52**     **$12.52**

**2.67**  Priority creditor's name and mailing address

**Paxtor, Susana**

**6419 Skyline Dr. #158**

**Houston**         **TX**   **77037**

Date or dates debt was incurred
**5/3/19**

Last 4 digits of account
number    __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **3** )

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Employee Wages**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$982.60**     **$982.60**

**2.68**  Priority creditor's name and mailing address

**Pela, Paciencia I**

**8990 Richmond Ave. #707**

**Houston**         **TX**   **77063**

Date or dates debt was incurred
**5/3/19**

Last 4 digits of account
number    __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Employee Wages**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$150.40**     **$150.40**

Debtor    **Duncan Burch, Inc.**      Case number (if known)   **19-41699-elm11**

---

| Part 1: | Additional Page |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.69**   Priority creditor's name and mailing address

**Peralta, Melissa A**

**9700 Glenfield Ct. #702**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total claim **$117.57**    Priority amount **$117.57**

**Houston**    **TX**    **77096**

Date or dates debt was incurred
**5/3/19**

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

Basis for the claim:
**Employee Wages**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**2.70**   Priority creditor's name and mailing address

**Perez, Miguel M**

**7575 Bissonnet St. #249**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total claim **$447.01**    Priority amount **$447.01**

**Houston**    **TX**    **77074**

Date or dates debt was incurred
**5/3/19**

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

Basis for the claim:
**Employee Wages**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**2.71**   Priority creditor's name and mailing address

**Ponce, Maribel O**

**9221 Pagewood**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total claim **$141.09**    Priority amount **$141.09**

**Houston**    **TX**    **77063**

Date or dates debt was incurred
**5/3/19**

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

Basis for the claim:
**Employee Wages**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor __Duncan Burch, Inc._____ Case number (if known) __19-41699-elm11__

| Part 1: | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.72** | Priority creditor's name and mailing address
Pozo Serrano, Raquel

301 Wilcrest Dr. #5406

_____

Houston                    TX      77042

**Date or dates debt was incurred**
5/3/19

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **4** )

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

**Total claim** $53.47   **Priority amount** $53.47

---

**2.73** | Priority creditor's name and mailing address
Puac, Francisco

6419 Skyline

_____

Houston                    TX      77057

**Date or dates debt was incurred**
5/3/19

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **4** )

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

**Total claim** $420.62   **Priority amount** $420.62

---

**2.74** | Priority creditor's name and mailing address
Puac, Micaela T

6419 Sky Line Dr. #156

_____

Houston                    TX      77057

**Date or dates debt was incurred**
5/3/19

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **4** )

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

**Total claim** $947.53   **Priority amount** $947.53

Debtor    **Duncan Burch, Inc.**             Case number (if known)    **19-41699-elm11**

## Part 1:    Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.75**   Priority creditor's name and mailing address

**Pueblas Reyes, Monica**

**11710 Briar Forest Dr.**

**Houston**          **TX**     **77077**

Date or dates debt was incurred

**5/3/19**

Last 4 digits of account
number   __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Employee Wages**

Is the claim subject to offset?

☑ No
☐ Yes

**$169.04**      **$169.04**

---

**2.76**   Priority creditor's name and mailing address

**Puentes, Carolina**

**19606 Park Row**

**Houston**          **TX**     **77084**

Date or dates debt was incurred

**5/3/19**

Last 4 digits of account
number   __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Employee Wages**

Is the claim subject to offset?

☑ No
☐ Yes

**$96.38**      **$96.38**

---

**2.77**   Priority creditor's name and mailing address

**Quinteros, Brenda Y**

**23926 Ayscough Lane**

**Katy**          **TX**     **77493**

Date or dates debt was incurred

**5/3/19**

Last 4 digits of account
number   __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Employee Wages**

Is the claim subject to offset?

☑ No
☐ Yes

**$393.70**      **$393.70**

Debtor __Duncan Burch, Inc._____  Case number (if known) __19-41699-elm11__

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.78**  Priority creditor's name and mailing address

**Ramirez Garcia, Elianis**

**1415 Phillys St.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $70.41  **Priority amount** $70.41

**Rosharon**          **TX**     **77583**

Date or dates debt was incurred

**5/3/19**

Last 4 digits of account number __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __4__ )

Basis for the claim:
**Employee Wages**

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.79**  Priority creditor's name and mailing address

**Ramirez, Luis**

**24758 Grand Harber Dr. #1907**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,706.74  **Priority amount** $1,706.74

**Katy**          **TX**     **77494**

Date or dates debt was incurred

**5/3/19**

Last 4 digits of account number __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __4__ )

Basis for the claim:
**Employee Wages**

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.80**  Priority creditor's name and mailing address

**Reyes, Nuvia**

**7500 Bellerive #1621**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $154.14  **Priority amount** $154.14

**Houston**          **TX**     **77036**

Date or dates debt was incurred

**5/3/19**

Last 4 digits of account number __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __4__ )

Basis for the claim:
**Employee Wages**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **Duncan Burch, Inc.**      Case number (if known)   **19-41699-elm11**

---

| **Part 1:** | **Additional Page** |
| --- | --- |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
| --- | --- | --- |

---

**2.81**   Priority creditor's name and mailing address

**Robinson, Jasmine R**

**3131 Hayes Rd. #1716**

**Houston**      **TX**    **77082**

Date or dates debt was incurred

**5/3/19**

Last 4 digits of account
number   __ __   __ __   __ __   __ __

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(   **4**   )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Employee Wages**

Is the claim subject to offset?

☑ No
☐ Yes

**$62.03**      **$62.03**

---

**2.82**   Priority creditor's name and mailing address

**Rodriguez Gonzalez, Marisleydi**

**8900 Fondrum Rd. #119B**

**Houston**      **TX**    **77074**

Date or dates debt was incurred

**5/3/19**

Last 4 digits of account
number   __ __   __ __   __ __   __ __

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(   **4**   )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Employee Wages**

Is the claim subject to offset?

☑ No
☐ Yes

**$124.86**      **$124.86**

---

**2.83**   Priority creditor's name and mailing address

**Rodriguez Vizcaino, Ailyn L.**

**301 Hilcrest Dr., #5406**

**Houston**      **TX**    **77042**

Date or dates debt was incurred

**5/3/19**

Last 4 digits of account
number   __ __   __ __   __ __   __ __

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(   **4**   )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Employee Wages**

Is the claim subject to offset?

☑ No
☐ Yes

**$61.81**      **$0.00**

---

Debtor    **Duncan Burch, Inc.**      Case number (if known)   **19-41699-elm11**

---

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total claim** | **Priority amount** |
|---|---|---|

**2.84**   Priority creditor's name and mailing address

**Rodriguez, Marlyng**

**10301 Sandpiper Dr., #21**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   **$171.75**    **Priority amount**   **$171.75**

**Houston**      **TX**    **77096**

Basis for the claim:

**Employee Wages**

Date or dates debt was incurred

**5/3/19**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

---

**2.85**   Priority creditor's name and mailing address

**Rodriguez, Mirna**

**77559 Chesswood Dr.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$128.68**    **$128.68**

**Houston**      **TX**    **77072**

Basis for the claim:

**Employee Wages**

Date or dates debt was incurred

**5/3/19**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

---

**2.86**   Priority creditor's name and mailing address

**Rodriguez, Vilma E**

**11574 Chesswood**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$130.93**    **$130.93**

**Houston**      **TX**    **77072**

Basis for the claim:

**Employee Wages**

Date or dates debt was incurred

**5/3/19**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

---

Debtor  **Duncan Burch, Inc.**        Case number (if known) **19-41699-elm11**

## Part 1:    Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.87**  Priority creditor's name and mailing address
**Rojas, Miguel A**
**7306 Fondren Rd.**

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Total claim** $1,694.24     **Priority amount** $1,694.24

**Houston**    **TX**    **77036**

Basis for the claim:
**Employee Wages**

Date or dates debt was incurred
**5/3/19**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

---

**2.88**  Priority creditor's name and mailing address
**Ruiz, Karla R**
**15330 Floyd**

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Total claim** $466.78     **Priority amount** $0.00

**North Shore**    **TX**    **77530**

Basis for the claim:
**Employee Wages**

Date or dates debt was incurred
**5/3/19**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

---

**2.89**  Priority creditor's name and mailing address
**Salazar, Eduardo**
**8365 Nairn St.**

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Total claim** $1,392.20     **Priority amount** $1,392.20

**Houston**    **TX**    **77074**

Basis for the claim:
**Employee Wages**

Date or dates debt was incurred
**5/3/19**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

Debtor    **Duncan Burch, Inc.**         Case number (if known)   **19-41699-elm11**

## Part 1:    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.90**   Priority creditor's name and mailing address

**Salazar, Mario**

**3400 Woodchase Dr. #2106**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$1,706.49**    Priority amount: **$1,706.49**

**Houston**      **TX**    **77042**

Date or dates debt was incurred

**5/3/19**

Last 4 digits of account number   __ __ __ __

Basis for the claim:

**Employee Wages**

Is the claim subject to offset?

☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

---

**2.91**   Priority creditor's name and mailing address

**Sanchez, Charlotte K**

**13918 Westheimer #434**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$21.34**    Priority amount: **$21.34**

**Houston**      **TX**    **77077**

Date or dates debt was incurred

**5/3/19**

Last 4 digits of account number   __ __ __ __

Basis for the claim:

**Employee Wages**

Is the claim subject to offset?

☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

---

**2.92**   Priority creditor's name and mailing address

**Santibanez, Jesus G**

**13111 Windy Heath Lane**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$1,384.85**    Priority amount: **$1,384.85**

**Houston**      **TX**    **77085**

Date or dates debt was incurred

**5/3/19**

Last 4 digits of account number   __ __ __ __

Basis for the claim:

**Employee Wages**

Is the claim subject to offset?

☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

Debtor  **Duncan Burch, Inc.**                                   Case number (if known)  **19-41699-elm11**

| **Part 1:** | **Additional Page** |
| --- | --- |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

                                                                          Total claim          Priority amount

**2.93**  **Priority creditor's name and mailing address**
**Scott, Hilda M**                                                         **$86.51**              **$86.51**

**11802 Trickey #D**

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**                    **TX**    **77067**

**Date or dates debt was incurred**          Basis for the claim:
**5/3/19**                                    **Employee Wages**

**Last 4 digits of account**                  Is the claim subject to offset?
**number**    __ __ __ __                     ☑ No
                                              ☐ Yes
**Specify Code subsection of PRIORITY unsecured**
**claim:**  11 U.S.C. § 507(a)( __4__ )

**2.94**  **Priority creditor's name and mailing address**
**Solis Arbolaez, Damnay**                                                 **$85.69**              **$85.69**

**7994 Locke Lane #09**

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**                    **TX**    **77063**

**Date or dates debt was incurred**          Basis for the claim:
**5/3/19**                                    **Employee Wages**

**Last 4 digits of account**                  Is the claim subject to offset?
**number**    __ __ __ __                     ☑ No
                                              ☐ Yes
**Specify Code subsection of PRIORITY unsecured**
**claim:**  11 U.S.C. § 507(a)( __4__ )

**2.95**  **Priority creditor's name and mailing address**
**Soto, Diana L**                                                          **$104.08**             **$104.08**

**17023 Clan Macintosh Dr.**

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**                    **TX**    **77084**

**Date or dates debt was incurred**          Basis for the claim:
**5/3/19**                                    **Employee Wages**

**Last 4 digits of account**                  Is the claim subject to offset?
**number**    __ __ __ __                     ☑ No
                                              ☐ Yes
**Specify Code subsection of PRIORITY unsecured**
**claim:**  11 U.S.C. § 507(a)( __4__ )

Debtor **Duncan Burch, Inc.**          Case number (if known) **19-41699-elm11**

## Part 1:    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.96**   Priority creditor's name and mailing address
**Soto, Glorimar**

**19321 Park Row #904**

**Houston**      **TX**     **77084**

Date or dates debt was incurred
**5/3/19**

Last 4 digits of account
number   __ __   __ __   __ __   __ __

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**$96.54**      **$96.54**

---

**2.97**   Priority creditor's name and mailing address
**Suarez, Yusimi**

**2747 Briargrove #51**

**Houston**      **TX**     **77057**

Date or dates debt was incurred
**5/3/19**

Last 4 digits of account
number   __ __   __ __   __ __   __ __

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**$127.08**      **$127.08**

---

**2.98**   Priority creditor's name and mailing address
**Tapia Rodriguez, Carla S**

**17030 Imperial Valley Dr. #151**

**Houston**      **TX**     **77060**

Date or dates debt was incurred
**5/3/19**

Last 4 digits of account
number   __ __   __ __   __ __   __ __

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**$69.93**      **$69.93**

Debtor    **Duncan Burch, Inc.**        Case number (if known)   **19-41699-elm11**

---

## Part 1:    Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.99**   Priority creditor's name and mailing address

**Taylor, Rosebella S**

**507 Houston Ave.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$171.26**    Priority amount: **$171.26**

**League City**      **TX**    **77573**

Date or dates debt was incurred

**5/3/19**

Basis for the claim:

**Employee Wages**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __**4**__ )

---

**2.100**   Priority creditor's name and mailing address

**Texas Workforce Commission**

**12455 Beechnut**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$1,922.06**    Priority amount: **$1,922.06**

**Houston**      **TX**    **77072**

Date or dates debt was incurred

**Jan-June 2019**

Basis for the claim:

**FUTA Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __**8**__ )

**Jan-Mar 2019 $1,452.06**
**Apr-Jun 2019 $ 470.00**

---

**2.101**   Priority creditor's name and mailing address

**Torres, Juanita M**

**5720 Rampart St. #244**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$111.01**    Priority amount: **$111.01**

**Houston**      **TX**    **77081**

Date or dates debt was incurred

**5/3/19**

Basis for the claim:

**Employee Wages**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __**4**__ )

---

Debtor    **Duncan Burch, Inc.**                         Case number (if known)   **19-41699-elm11**

---

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

---

**2.102**   Priority creditor's name and mailing address

**Toscano Muniz, Yeney**

**6555 Harbor Town Dr. #101**

**Houston**        **TX**     **77036**

Date or dates debt was incurred
**5/3/19**

Last 4 digits of account
number   __ __   __ __   __ __

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Employee Wages**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Total claim: **$95.65**    Priority amount: **$95.65**

---

**2.103**   Priority creditor's name and mailing address

**Tzoc, Jose**

**3737 Hillcrest**

**Houston**        **TX**     **77037**

Date or dates debt was incurred
**5/3/19**

Last 4 digits of account
number   __ __   __ __   __ __

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Employee Wages**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Total claim: **$532.28**    Priority amount: **$532.28**

---

**2.104**   Priority creditor's name and mailing address

**Vasquez, Santa M**

**3737 Hillcroft #202**

**Houston**        **TX**     **77057**

Date or dates debt was incurred
**5/3/19**

Last 4 digits of account
number   __ __   __ __   __ __

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Employee Wages**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Total claim: **$857.00**    Priority amount: **$857.00**

---

Debtor    **Duncan Burch, Inc.**      Case number (if known)   **19-41699-elm11**

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

                                                                          Total claim         Priority amount

**2.105**   Priority creditor's name and mailing address

**Vazquez Martinez, Daudys**

**9000 Town Park #922**

**Houston**           **TX**    **77036**

Date or dates debt was incurred

**5/3/19**

Last 4 digits of account
number   __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(  **4**  )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Employee Wages**

Is the claim subject to offset?

☑ No
☐ Yes

**$84.33**       **$84.33**

---

**2.106**   Priority creditor's name and mailing address

**Velasquez, Andrea A**

**6203 Marinette #207**

**Houston**           **TX**    **77036**

Date or dates debt was incurred

**5/3/19**

Last 4 digits of account
number   __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(  **4**  )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Employee Wages**

Is the claim subject to offset?

☑ No
☐ Yes

**$1,061.58**     **$1,061.58**

---

**2.107**   Priority creditor's name and mailing address

**Veliz, Eva**

**6203 Marinette #207**

**Houston**           **TX**    **77036**

Date or dates debt was incurred

**5/3/19**

Last 4 digits of account
number   __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(  **4**  )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Employee Wages**

Is the claim subject to offset?

☑ No
☐ Yes

**$1,175.61**     **$1,175.61**

Debtor   **Duncan Burch, Inc.**                                                    Case number (if known)   **19-41699-elm11**

---

| **Part 1:** | **Additional Page** |
| --- | --- |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.108**   **Priority creditor's name and mailing address**

**Victoria Pilar, Alianny**

**5751 Greenhouse Rd. #1234**

**Katy**             **TX**     **77449**

**Date or dates debt was incurred**

**5/3/19**

**Last 4 digits of account number**  __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( **4** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Employee Wages**

**Is the claim subject to offset?**

☑ No
☐ Yes

$133.33      $133.33

---

**2.109**   **Priority creditor's name and mailing address**

**Vides, Nora**

**717 Greens Rd. Apt 506**

**Houston**          **TX**     **77060**

**Date or dates debt was incurred**

**5/3/19**

**Last 4 digits of account number**  __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( **4** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Employee Wages**

**Is the claim subject to offset?**

☑ No
☐ Yes

$101.86      $101.86

---

**2.110**   **Priority creditor's name and mailing address**

**White, Emmitt T**

**5641 Mackinaw St.**

**Houston**          **TX**     **77053**

**Date or dates debt was incurred**

**5/3/19**

**Last 4 digits of account number**  __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( **4** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Employee Wages**

**Is the claim subject to offset?**

☑ No
☐ Yes

$1,490.95      $1,490.95

---

Debtor   **Duncan Burch, Inc.** _____   Case number (if known)   **19-41699-elm11** _____

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.111**  **Priority creditor's name and mailing address**

**Woody, Oscar J.**

**2406 Cannons Point Dr.**

_____

**Sugar Land**          **TX**      **77478**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Employee Wages**

**Total claim**  $5,670.36    **Priority amount**  $5,670.36

**Date or dates debt was incurred**
**5/3/19**

**Last 4 digits of account number**   __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( **4** )

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.112**  **Priority creditor's name and mailing address**

**Yax Vasquez, Zoila**

**3337 Hillcroft #104**

_____

**Houston**          **TX**      **77051**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Employee Wages**

**Total claim**  $778.44    **Priority amount**  $778.44

**Date or dates debt was incurred**
**5/3/19**

**Last 4 digits of account number**   __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( **4** )

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.113**  **Priority creditor's name and mailing address**

**Yax, Alexander**

**3737 Hillcroft #104**

_____

**Houston**          **TX**      **77057**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Employee Wages**

**Total claim**  $889.32    **Priority amount**  $889.32

**Date or dates debt was incurred**
**5/3/19**

**Last 4 digits of account number**   __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( **4** )

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Duncan Burch, Inc. | Case number (if known) | **19-41699-elm11** |
|--------|--------------------|-----------------------|--------------------|

---

## Part 1:  Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | Total claim | Priority amount |
|--|--|-------------|-----------------|

**2.114**  Priority creditor's name and mailing address

**Yax, Gloria**

**6130 Southwest Frwy #372**

_____

| **Houston** | **TX** | **77074** |

Date or dates debt was incurred

**5/3/19**

Last 4 digits of account
number     ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the
claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wages**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$1,114.21**  Priority amount: **$1,114.21**

---

**2.115**  Priority creditor's name and mailing address

**Yax, Guadalupe**

**3737 Hillcroft #208**

_____

| **Houston** | **TX** | **77057** |

Date or dates debt was incurred

**5/3/19**

Last 4 digits of account
number     ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the
claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wages**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$522.24**  Priority amount: **$522.24**

---

**2.116**  Priority creditor's name and mailing address

**Yax, Mario**

**6130 SW Frwy #582**

_____

| **Houston** | **TX** | **77057** |

Date or dates debt was incurred

**5/3/19**

Last 4 digits of account
number     ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the
claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wages**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$839.56**  Priority amount: **$839.56**

---

| Debtor | Duncan Burch, Inc. | Case number (if known) | 19-41699-elm11 |

---

**Part 1:** **Additional Page**

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |

**2.117** Priority creditor's name and mailing address
**Yax-Ajucum, Juana**
**6363 Beverly Hill Apt 105**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$857.00**  Priority amount: **$857.00**

**Houston** **TX** **77057**

Basis for the claim:
**Employee Wages**

Date or dates debt was incurred
**5/3/19**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

---

**2.118** Priority creditor's name and mailing address
**Zamora Ravelo, Marbelis**
**3500 Woodchase**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$115.32**  Priority amount: **$115.32**

**Houston** **TX** **77042**

Basis for the claim:
**Employee Wages**

Date or dates debt was incurred
**5/3/19**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

---

**2.119** Priority creditor's name and mailing address
**Zapeta, Joel R**
**6425 Westheimer #1337**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$630.12**  Priority amount: **$630.12**

**Houston** **TX** **77037**

Basis for the claim:
**Employee Wages**

Date or dates debt was incurred
**5/3/19**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

Debtor   **Duncan Burch, Inc.** _____   Case number (if known) **19-41699-elm11** _____

---

| **Part 1:** | **Additional Page** |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

| **2.120** | **Priority creditor's name and mailing address** | | **$152.70** | **$152.70** |

**Zayas Herrera, Osliris**

**10222 Forum West Dr. #1120**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Houston                    TX      77036**

**Date or dates debt was incurred**

**5/3/19**

Basis for the claim:

**Employee Wages**

**Last 4 digits of account number**   ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**   11 U.S.C. § 507(a)( __**4**__ )

---

| **2.121** | **Priority creditor's name and mailing address** | | **$120.51** | **$120.51** |

**Zelaya, Sindy Y**

**11810 Chimney Rock #8**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Houston                    TX      77035**

**Date or dates debt was incurred**

**5/3/19**

Basis for the claim:

**Employee Wages**

**Last 4 digits of account number**   ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**   11 U.S.C. § 507(a)( __**4**__ )

Debtor **Duncan Burch, Inc.**                                    Case number (if known) **19-41699-elm11**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$788,640.44** |

**3221 Investments, Inc.**

**PO Box 542225**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Dawas**     **TX**    **75354**

Basis for the claim: **Intercompany Debt-Sales**

Date or dates debt was incurred   **4/7/19-4/29/19**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$0.00** |

**AC Music**

**746 Yorkshire St.**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Houston**     **TX**    **77022**

Basis for the claim: **Vending Machines**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$600.00** |

**Association of Club Exec**

**PO Box 571505**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Houston**     **TX**    **77257**

Basis for the claim: **Trade Debt**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$333.87** |

**AT&T**

**PO Box 5014**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Carol Stream**     **IL**    **60197**

Basis for the claim: **Utilities**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor **Duncan Burch, Inc.**           Case number (if known) **19-41699-elm11**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.5 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Burch Management Company, Inc.**

**PO Box 542225**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$1,735,333.46**

**Dallas**      **TX**    **75354**

**Basis for the claim:**
**Intercompany Loan**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number _ _ _ _

---

| 3.6 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Centerpoint Energy**

**PO Box 4981**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$380.54**

**Houston**      **TX**    **77210**

**Basis for the claim:**
**Utilities**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number _ _ _ _

---

| 3.7 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Champion Energy**

**PO Box 4190**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$8,257.82**

**Houston**      **TX**    **77210**

**Basis for the claim:**
**Utilities**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number _ _ _ _

---

| 3.8 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**City of Houston**

**PO Box 1562**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$0.00**

**Houston**      **TX**    **77251**

**Basis for the claim:**
**Settlement Agreement for SOB**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number _ _ _ _

---

| Debtor | Duncan Burch, Inc. | Case number (if known) | 19-41699-elm11 |
|---|---|---|---|

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.9**  **Nonpriority creditor's name and mailing address**

**City of Houston Water**

**PO Box 1560**

**Houston**                          **TX**     **77251**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Utilities**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$3,620.56**

---

**3.10**  **Nonpriority creditor's name and mailing address**

**Comptroller of Public Accounts**

**111 E. 17th Street**

**Austin**                          **TX**     **78774-0100**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Disputed SOB Fee**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$3,856,998.22**

---

**3.11**  **Nonpriority creditor's name and mailing address**

**Comptroller of Public Accounts**

**111 E. 17th Street**

**Austin**                          **TX**     **78774-0100**

Date or dates debt was incurred   **June 2019**

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**SOB Fees - 2nd Quarter 2019**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$8,975.50**

---

**3.12**  **Nonpriority creditor's name and mailing address**

**Coverica Insurance**

**5999 Summerside Dr.**

**Dallas**                          **TX**     **75252**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Insurance**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$265.56**

---

Debtor **Duncan Burch, Inc.**      Case number (if known) **19-41699-elm11**

---

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,410.00 |
|---|---|---|---|

**Dallas Observer**

**2501 Oaklawn , Suite 700**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Dallas**      **TX**    **75219**

Basis for the claim:
**Trade Debt**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $292.17 |
|---|---|---|---|

**Direct Source Hamco**

**PO Box 270530**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Flower Mound**      **TX**    **75027**

Basis for the claim:
**Trade Debt**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,153.71 |
|---|---|---|---|

**Duncan Burch**

**PO Box 542225**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Dallas**      **TX**    **75354**

Basis for the claim:
**2018 Property Taxes (under lease)**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $34,632.66 |
|---|---|---|---|

**Feldman & Feldman, PC**

**3355 W. Alabama St., Suite 1220**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Houston**      **TX**    **77098**

Basis for the claim:
**Legal Fees**

Date or dates debt was incurred   **3/12/18-11/30/18**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor   **Duncan Burch, Inc.** _____   Case number (if known)   **19-41699-elm11** _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                Amount of claim

---

| 3.17 | Nonpriority creditor's name and mailing address |
|---|---|

**Halstead Apartments** _____

**Braeswood Blvd. TX Partners, LLC** _____

**4620 N. Braeswood Blvd.** _____

_____

**Houston**                    **TX**      **77096**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
**Notice Only** _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

| 3.18 | Nonpriority creditor's name and mailing address |
|---|---|

**Jorge Antonio Castellanos** _____

**9208 Rasmus Dr. #10** _____

_____

**Houston**                    **TX**      **77063**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
**Lawsuit-Dram Shop Liability** _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

| 3.19 | Nonpriority creditor's name and mailing address |
|---|---|

**Lake County Security** _____

**6633 Hillcroft, Suite 231** _____

_____

**Houston**                    **TX**      **77081**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
**Trade Debt** _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$2,192.06**

---

| 3.20 | Nonpriority creditor's name and mailing address |
|---|---|

**Lone Star Overnight** _____

**PO Box 149225** _____

_____

**Austin**                    **TX**      **78714**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
**Trade Debt** _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$646.06**

---

Debtor **Duncan Burch, Inc.**     Case number (if known) **19-41699-elm11**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.21**   Nonpriority creditor's name and mailing address

**Quaid Farish, LLC**

**8150 N. Central Expwy., Suite 600**

**Dallas**     **TX**    **75206**

Date or dates debt was incurred   **4/1/19-4/29/19**

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Legal Fees**

Is the claim subject to offset?
☒ No
☐ Yes

**$13,892.00**

---

**3.22**   Nonpriority creditor's name and mailing address

**Ryan Law Firm, PLLC**

**Doug Sigel**

**Terrace I**

**2600 Via Fortuna Dr., Suite 150**

**Austin**     **TX**    **78746**

Date or dates debt was incurred   **4/29/19**

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Legal Fees**

Is the claim subject to offset?
☒ No
☐ Yes

**$27,200.86**

---

**3.23**   Nonpriority creditor's name and mailing address

**Silver Eagle Distributors**

**PO Box 2743**

**Houston**     **TX**    **77252**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Trade Debt**

Is the claim subject to offset?
☒ No
☐ Yes

**$565.50**

---

**3.24**   Nonpriority creditor's name and mailing address

**U.S. Foods**

**PO Box 840396**

**Dallas**     **TX**    **75284**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Trade Debt**

Is the claim subject to offset?
☒ No
☐ Yes

**$6,826.33**

---

Debtor    **Duncan Burch, Inc.**                                    Case number (if known)   **19-41699-elm11**

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.    **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.**  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.1    **Brent M. Cordell**                         Line ___**3.18**___                    ___ ___ ___ ___

       **Smith & Hassler**                          ☐  Not listed.  Explain:

       **1225 North Loop West, Suite 525**

       **Houston                 TX      77008**

Debtor    **Duncan Burch, Inc.**                                    Case number (if known)   **19-41699-elm11**

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. $77,352.28 |
| 5b. | **Total claims from Part 2** | 5b. + $6,492,217.32 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $6,569,569.60 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Duncan Burch, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **19-41699-elm11**　　　Chapter　**11** |

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | **Concession Agreement for Liquor, Beer and Wine Sales (expires 8/15/2025)** | **3221 Investments, Inc.**<br>**PO Box 542225** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dallas**　　　　**TX**　　**75354-2225** |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | **Vending Machines (verbal)** | **AC Music**<br>**746 Yorkshire St.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Houston**　　　　**TX**　　**77022** |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | **Apartment No. P230 (expires 11/11/2019)** | **Burch Management Co., Inc.**<br>**PO Box 542225** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dallas**　　　　**TX**　　**75354** |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | **Service Provider Agreement (expires 12/31/2019)** | **Burch Management Co., Inc.**<br>**PO Box 542225** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dallas**　　　　**TX**　　**75354** |

Debtor      **Duncan Burch, Inc.**                                    Case number (if known)   **19-41699-elm11**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | **Settlement Agreement for SOB with City of Houston (expires 5/31/2024)** | City of Houston |
|---|---|---|---|
| | | | PO Box 1562 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Houston                TX        77251 |

| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | **Building and Land Lease 6440 Southwest Freeway Houston, TX (expires 1/1/2024 at 3:00 a.m.)** | Duncan Burch (Landlord) |
|---|---|---|---|
| | | | PO Box 542225 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Dallas                TX        75354-2225 |

| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | **License and Lease Agreement with parties listed on attached Schedule G-1** | See attached Schedule G-1 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | **Dishwasher Agreement Use as long as product is purchased. (verbal)** | US Foods |
|---|---|---|---|
| | | | PO Box 840396 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Dallas                TX        75284-0396 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Duncan Burch, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **19-41699-elm11** |

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors                                                                 12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.**  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

# Schedule G-1

| Name_Last_First | Address1 | CSZ |
|---|---|---|
| ABATTE, MELISSA | 2219 WOODLAND SPRINGS ST | HOUSTON, TX  77077 |
| ABREU GARCIA, YUSELIS | 3620 WOODCHASE DR | HOUSTON, TX  77042 |
| ABREU, ISABEL | 9001 TOWN PARK 809 | houston, TX  77036 |
| abreu, laritza | 6601 harbor town  1819 | HOUSTON, TX  77036 |
| acosta , mabel | 10100 westpark | HOUSTON, TX  77042 |
| ACOSTA-RIVERO, INDIRA | 6425 WESTHEIMER RD | HOSUTON, TX  77057 |
| ACOSTA, GEXY | 9233 WESTHEIMER RD #410 | HOUSTON, TX  77063 |
| ACOSTA, MONICA | 2701 PEREZ RD #106 | PASADENA, TX  77901 |
| ACOSTA, YURISLEYDIS | 9900 RICHMOND | HOUSTON, TX  77042 |
| AGUERIA, CHAVELY | 7979 WESTHEIMER RD APT 1015 | HOUTSON, TX  77063 |
| AGUIAR, RAISA | 6601 HARBOR TOWN APT 1210 | houston, TX  77036 |
| aguila, flor | 3777 s gessner | houston, TX  77063 |
| aguilar, cesia | 5455 richmond av | HOUSTON, TX  77056 |
| aguilar, claudia | 7575 bellaire  blvd | houston, TX  77036 |
| AGUILAR, DANA | 4315 CADMUS ST | HOUSTON, TX  77022 |
| aguilera, tay | 6425 GESSNER #1190 | houston, TX  77036 |
| ALARCON NUEVA, DAILIN | 9000 TOWN PARK #219 | HOUSTON, TX  77036 |
| ALFARO, GLORIA | 3643 ALICE ST apt B | HOUSTON, TX  77021 |
| alfonso, ERNESTINA | 6601 harbor town #112 | houston, TX  77036 |
| ALLEGUE, ZUANNI | 2742 JEANNETTA | HOUSTON, TX  77063 |
| almeida, yaineris | 9424 rodney ray blvd 24 | houston, TX  77040 |
| ALMENARES, LISANDRA | | HOUSTON, TX |
| almora, yembieth | 2929 DUNVALE DR | HOUSTON, TX  77063 |
| ALONSO RODRIGUEZ, LEIDY | 9850 MEADOWGLEN #87 | HOUSTON, TX  77042 |
| alonso, krystal | 3239 quarry place ln | katy, TX  77493 |
| ALONSO, LEIDY | 9850 meadowglen 87 | houston, TX  77042 |
| alonso, zamira | 77057 berring | HOUSTON, TX  77057 |
| ALVARES, YENLIS | 6530 SOUTHWEST | HOUSTON, TX  77074 |
| alvarez, adiarys | 7575 bellaire blvd | houston, TX  77036 |
| alvarez, beatriz | 1121 n washigton | odessa, TX  79761 |
| alvarez, betzabet | 3525 OLD FAUM ROAD | HOUSTON , TX  75063 |
| alvarez, leysa | 7400 w 20 ave | hialeah, fl  33076 |
| ALVAREZ, YUDI | 6200 gulfton #1117 | HOUSTON, TX  77081 |
| ALVERSON, MELISSA | 17414 ERINWAY CT | HOUSTON, TX  77095 |
| amador, martina | 519 5th st | humble, Tx  77338 |
| amanza, eliany | 7407 osage st | HOUSTON, TX  77036 |
| ambriz, julie | 6464 san felipe | houston, TX  77057 |
| AMBRIZ, JULIE | 6464 san felipe | houston, TX  77057 |
| anglada, licet | 3001 hillcroft  301 | houston, TX  77057 |
| ARANDA, SAILY | 16230 PASADERO DR | HOUSTON, TX  77083 |
| ardines, yaritza | 9001 TOMPAINT | HOUSTON, TX  77036 |
| ARENAS, ALEXIS | 3334 KEY GATE DR | SPRING, TX  77388 |
| argota, lisandra | 6425 WESTHIMER RD | HOUSTON , TX  77057 |
| arguelles, leydis | 6060 oak dr | houston, TX  77091 |
| ariafet, rocio | 7222 bellerive dr | HOUSTON, TX  77036 |
| arias, arianna | 2013 katy frwy | katy, TX  77449 |
| ARIAS, CLAUDIA | 2742 JEANETTA | HOUSTON, TX  77036 |
| arias, claudia | 2525 oldfarm  128 | housont, TX  77063 |
| arrieta, leonela | 10580 hammerly blvd  1321 | HOUSTON, TX  77043 |
| ARZUAGA , NEILYS | 6005 s gessner  2285 | houston, TX  77036 |
| AVILA FERRER, NIRVA | 1350 GREENS PARKWAY #1020 | HOUSTON, TX  77067 |

| | | |
|---|---|---|
| avila, doramis | 3620 woodchase | HOUSTON, TX 77042 |
| avila, dulce | 6525 s gessner 3098 | HOUSTON, TX 77036 |
| AVILA, ROSMARY | 6525 gesner rd | houston, TX 77036 |
| ayala, gexy | 5850 parkfront | houston, TX 77036 |
| ayuso, dayana | 8031 TAMAYO DR | houston, TX 77083 |
| AZAHARES, KATIUSKA | 6601 harbor town 1225 | houston, TX 77036 |
| Babaahmadi, Aral | 1131 Deer Field | houston, TX 77406 |
| BARBAN, ARIANNA | 8010 VISTA DEL RANCHO | houston, TX 77083 |
| BARBEITO, MAITE | 3223 CONRAD LN | HOUSTON, TX 53035 |
| barbosa, sal-e | 9502 woodfair | houston, TX 77036 |
| barnoso, beatriz | 3620 woddlake dr 22 | houston, TX 77042 |
| BARRABI, ARLETIS | 6060 OAK BAY DR #1219 | HOUSTON , TX 77091 |
| Barrera, Jessica | 201010 park row dr | Houston, TX 77449 |
| Barrera, Monica | 20118 pebblehollow | HOUSTON, TX 77407 |
| barrios, maylet | 8727 point park | houston, TX 77095 |
| BARROS, THALIA | 14213 rolling hills ln | rosharon, TX 77583 |
| BATISTA CANEJO, DIENNYS | 3620 WOODCHASE DR #55 | HOUSTON, TX 77042 |
| BATISTA, MARYDELSY | 2827 DUNVALE DR | HOUSTON , TX 77063 |
| Bautista, YANIRI | 14218 willow mountain Ln. | houston, TX 77047 |
| BEAUVAIS, MARGARET | 1102 CREST PARK DR | GARLAND, TX 75042 |
| bello, katheryn | 6525 bellaire blvd 311 | houston, TX 77036 |
| BENITEZ CONSUEGRA, LILIANA | 7575 BELLAIRE BLVD #14 | HOUSTON, TX 77036 |
| benitez, annelain | 13438 FM 529 rd | houston, TX 77041 |
| benitez, daniela | 10910 GULFFWY #516 | houston, TX 77036 |
| BENNETT, SAMYRIA | 10500 FOUNTAIN LAKE DR | HOUSTON, TX 77477 |
| BERMUDEZ, VISMAYRA | 1461 wood hollow dr | houston, TX 77057 |
| BERNAL ORTEGA, AISMERY | 6000 TOWN HARBOR #219 | HOUSTON, TX 77036 |
| BETANCOURT, ARLENIS | 7575 BELLAIRE BLVD #7 | houston, TX 77033 |
| betancourt, sisley | 3620 westchase dr | houston, TX 77042 |
| BLANCO , YENIA | 7575 BELLAIRE | houston, TX 77036 |
| BLANCO, VANESSA | 9757 WINDWATER DR | HOUSTON , TX 77089 |
| BONILLA, KEILIN | | HOUSTON, TX |
| BOUN, MARINA | 10414 recford ct | san antonio, TX 78254 |
| BREWER, TAYLOR | 2634 BRAZOS RIDGE DR | HOUSTON, TX 77001 |
| brito, surima | 6161 reims 1104 | houston, TX 77036 |
| BRIZUELA, YOANIA | 1445 LAKESIDE | HOUSTON, TX 77042` |
| broceta, yanaisy | 11507 w belfort st | HOUSTON, TX 77099 |
| BUENO, IVETTE | 3620 woodchase #66 | houston, TX 77042 |
| burke, shawnee | 8200 W. AMARILLE BLV | amarillo, TX 79124 |
| BUSTAMANTE, LISNAY | 3777 S GESNER APPT 104 | HOUSTON, TX |
| butherford, sofia | 1911 halcombe 703 | HOUSTON, TX 77056 |
| Caballero, Blanca | 1001 dolly wright | houston, TX 77088 |
| caballero, tania | 6005 s gessner 2341 | houston, TX 77036 |
| caballero, zamantha | 2500 old farm | houston, TX 77063 |
| CABRERA ALBARADO, NEILIN | 5850 PARKFRONT #394 | HOUSTON, TX 77036 |
| CABRERA, DANISEY | 6601 HARBOR TOWN | houston, TX 77036 |
| cabrera, ivis | | Ft Worth, TX |
| Cabrera, Ivis | 3777 S Gessner | HOUSTON , TX 77063 |
| CABRERA, PATRICIA | 70 EAST BRIAR HOLLOW LN | houston, TX 77027 |
| CABRERA, YAINIRY | 8701 TOWN PARK | HOUSTON, TX 77036 |
| CADALZO RODRIGUEZ, ODANELYS | 9919 RICHMOND AVE #909 | HOUSTON, TX 77042 |
| CADENA, YARANELLIE | 2422 CHAMBERLAIN ST | HOUSTON, TX 77093 |

| | | |
|---|---|---|
| CALDERON VICHE, ANA | 5001 ALDINE MAIL RD #244 | HOUSTON, TX 77039 |
| calderon, daliana | 11220 WEST ROAD | HOUSTON, TX 77065 |
| calunga, dianelys | 3230 s gessner 1002 | houston, TX 77063 |
| calvo, arisleidy | 9415 WESTHEIMER RD | HOUSTON, TX 77063 |
| CAMPBELL, ALEXIS | 9770 RAMBLING TRAIL | HOUSTON, TX 77089 |
| CAMPO PEREZ, HADEN | 6555 HARBORTOWN #109 | HOUSTON, TX 77036 |
| campo, sara | 8585 woodway dr 228 | houston, TX 77063 |
| campos, ariadna | 7912 bellaire blvd | houston, TX 77036 |
| campos, hilda | 7222 bvellaire | houston, TX |
| campos, jessica | 3620 woodchase 114 | houston, TX 77042 |
| campos, lanny | 7575 bellaire blvd | HOUSTON, TX 77036 |
| caraballo, camila | 8820 WESTHEIMER | HOUSTON, TX 77063 |
| cardoso, yeidelin | 3626 woodchase 14 | houston, TX 77042 |
| carmenates, eliani | 8787 woodway 9208 | houston, TX 77063 |
| carmenates, yadira | | HOUSTON, TX |
| CARMENATES, YADIRA | 5900 RANCHESTER | HOUSTON, TX 77036 |
| carmona, mayra | 1912 west 1st AVE | corsicana, TX 75110 |
| carmona, thalia | 7500 bellarive dr | houston, TX 77036 |
| CASTANO, MARIAH | 1200 POST OAK APT 112 | HOUSTON, TX 77055 |
| CASTILLO, CLAUDIA | 9001 TOWN PARK APT 203 | HOUSTON, TX 77036 |
| castillo, darilin | 2828 hayes rd 238 | HOUSTON, TX 77082 |
| castineira, dianelys | 3600 woodchase 47 | HOUSTON, TX 77042 |
| cervantes, idanis | 9850 meadowglen 87 | houston, TX 77042 |
| cervantes, yineby | 7575 bellaire blvd | houston, TX 77036 |
| CESPEDES, ANAI | 2525 OLD FARM | HOUSTON, TX |
| chamorro, liudmila | 4235 willow beach | houston, TX 77072 |
| CHAVEZ, MAYLIN | 7139 MOBUD DR | HOUSTON, TX 77074 |
| chibas, aymee | 7111 hillcroft 116 | houston, TX 77081 |
| CHRISTENSEN, RACHEL | 4617 JEFFERSON ST | KANSAS, MO 64112 |
| christiani, allison | 53 little rock rd | dallas, TX 77005 |
| CLOYD, JAYIA | 2207 WHEATHALL CAMP LANE | KATY , TX 77449 |
| coba, leomany | 9901 richmond ave | houston, TX 77042 |
| COLUMBIE, YANET | 7575 BELLAIRE BLVD | HOUSTON, TX 77036 |
| COMPANION, LEYDIS | 103 nob hill ln | lousville, ky 40217 |
| CONSUEGRA, MERCEDES | 14405 RIO BONITO RD | HOUSTON, TX 77083 |
| consuegra, tania | 7900 bellaire 318 | houston, TX 77036 |
| CONTRERA, MARLENIS | 6601 HARBOR TOWN | HOUSTON, TX 77036 |
| CONTRERAS, JANICE | 9634 meadowglen ln | HOUSTON , TX 77063 |
| CORRALES RIOS, MARTHA | 9001 TOWN PARK #219 | HOUSTON, TX 77036 |
| correa, adianez | 15 oak st | hollywood , fl 33023 |
| correa, vivian | 2500 old farm | houston, TX 77063 |
| corredera, nathaly | 8055 richmond ave | houston, TX 77081 |
| coulliette, katie | 8517 hearth dr | houston, TX 77054 |
| CRESPO, ASHLEY | 12850 whittington | houston, TX 77077 |
| CRESPO, DAYMARA | 7222 bellerive dr | houston, TX 77036 |
| CROWNOVER, MEGAN | 2323 MC CUE RD | HOUSTON, TX 77056 |
| CRUZ, DIANELIS | 9301 BEECHNUT | HOUSTON , TX 11036 |
| cruz, liannet | 7912 bellaire | HOUSTON, TX 77036 |
| cruz, lisandra | 670 MAXEY RD APT#507 | HOUSTON , TX 77013 |
| cruz, silenay | 7912 bellaire blvd | houston, TX 77036 |
| CRUZ, YURILEIVY | | HOUSTON, TX 77036 |
| CRUZ, YURISLEIVI | 4545 CITY ST | HOUSTON, TX 77075 |

| | | |
|---|---|---|
| CUDELLOS, ELIZABETH | 9001 TOWN PARK DR | HOUSTON, TX  77036 |
| cuellar, ana | 14911 dorking ct | channelview, TX  77530 |
| CUTTING, YELINE | 14907 bellfall | houston, TX  77082 |
| DAVILA, LISANDRA | 5959 BONHOMME | HOUSTON, TX  77074 |
| de jesus, natalia | 4411 adonis de | spring , TX  77373 |
| DE LA ROSA, KIARA | 2424 WINROCK #252 | houston, TX  77057 |
| de la torre, leagnys | 9723 hammbicks | houston, TX  77076 |
| dealejandro, zoe | | housont, TX |
| DECKER, MEKENNA | 680 sw sam houston 1614 | houston, TX  77042 |
| dejesus, keishla | 6040 ocee st | HOUSTON , TX  77063 |
| del sol, geidy | 6555 harbor town 310 | houston, TX  77036 |
| delis perdomo, lisandra | 3030 hirschfield  32c | spring, TX  77373 |
| delis, lisandra | 3400 woochaco rd | HOUSTON, TX  77042 |
| DELTORO, YANET | 6101 ANTOINE | HOUSTON, TX  77091 |
| DIAZ, GABRIELA | 10919 fondren rd | houston, TX  77096 |
| diaz, ilena | 9001 town park dr | houston, tx  77036 |
| DIAZ, MARIELYS | 17320 NW CT | MIAMI, TX  33055 |
| diaz, rachel | 6601 harbortown 1313 | houston, TX  77036 |
| diaz, suriagnis`` | 2500 old farm rd | HOUSTON, TX  77063 |
| diaz, yamir | 7575 bellaire blvd 148 | houston, TX  77074 |
| DO, BRIDGET | 1350 GREENS PKWY | HOUSTON, TX  77067 |
| dominguez, maite | 6601 harbortown 124 | houston, TX  77036 |
| dominguez, yanet | 5757 guhn rd | houston, TX  77040 |
| dominguez, yeilis | 5850 parktown 104 | houston, TX  77036 |
| DONALSON, ASHLEY | 7100 old katy rd   5319 | HOUSTON, TX  77024 |
| donet, aliannis | 7979 westheimer 2202 | houston, TX  77063 |
| DORSEY, ALEXUS | 680 w sam houston pkwy 1003 | houston, TX  77042 |
| dranguet, nileyan | 2500 old farm  APT 914 | houston, TX  77063 |
| DURAN, SUSANA | 6425 GESSNER APT 1190 | HOUSTON, TX  77036 |
| echenderia, yarasmy | 9919 richmond av | houston, TX  77042 |
| edwards, lacey | 1298 electric ave APT JW5 | SPRINGDALE, AR  72764 |
| ENCINA, YILIAN | 7500 bellerive dr 2527 | houston, TX  77036 |
| ESCARENO, JOSEFINA | 6507 PROVIDENCE VIEW LN | HOUSTON , TX  77049 |
| escobar, andrea | 2106 mayfield villa | arligton, TX  76014 |
| escobar, lizandra | 4300 new port rd | HOUSTON, TX  77075 |
| escobar, sutchity | 7900 bellaire blvd  349 | HOUSTON, TX  77036 |
| espinosa, ismaray | 65255 gesnner rd apt # 2057 | houston, TX  77036 |
| espinoza, ana | 264 whitetail | dale, TX  78606 |
| estela, maria | 6601 harbor town 1106 | houston, TX  77036 |
| ESTREMERA, YAMILKA | | HOUSTON, TX |
| EVANS, NICOLE | 6911 HARVEST GLEN | HOUSTON, TX  77346 |
| EVORA, ROXANA | 8727 point park | Houston, Tx  77095 |
| fagundo, yara | 3600 woodchase dr  58 | houston, TX  77042 |
| FAS, YAINKA | 1034 globe st | houston, TX  77034 |
| FERNANDEZ BARROSO, YUDIT | 2500 OLD FARRM | HOUSTON, TX  77036 |
| FERNANDEZ, AILEN | 2525 old farm | houston, TX  77063 |
| FERNANDEZ, ARISNUBIA | 2525 old farm   1418 | houston, TX  77063 |
| fernandez, arlette | 2401 lazy hollw 120 | houston, TX  77063 |
| fernandez, karen | 12714 s dairy ashford | HOUSTON, TX  77099 |
| fernandez, liset | 2828 hayes rd  2027 | houston, TX  77082 |
| FERNANDEZ, YANERIS | 9901 richmond av | houston, TX  77042 |
| fernandez, yeni | 3500 woodchase 1732 | HOUSTON, TX  77042 |

| | | |
|---|---|---|
| ferras, yesenia | 7912 bellaire 712 | HOUSTON, TX  77036 |
| FERRER PINEDA, DANAY | 2602 WESTERLAND DR APT B20 | HOUSTON, TX  77063 |
| ferrera pupo, yulieska | 6400 s gessner | houston , TX  77075 |
| fields, isiss | 7500 bellerive | houston, TX  77036 |
| figueredo, beatriz | 5015 loretta rd | houston, TX  77379 |
| figueroa, vilmaris | 9901 richmond ave  608 | houston, TX  77036 |
| FONSECA, DAILE | 7979 WESTHEIMER RD APT 415 | HOUSTON, TX  77063 |
| FONSECA, GUMERCINDA | 6005 S GESSNER RD APPT 3352 | HOSUTON, TX  77036 |
| FONSECA, ROMERO | 5490 BRAESVALLEY | HOUSTON, TX  77096 |
| FONT, MEILYN | 818 RICHCREST DR | HOUSTON, TX  77060 |
| fornaris, anisleydis | 6601 hyarbor town | houston, TX  77036 |
| FRANSHESKApm, DREKE | 8110 creekbend dr 641 | HOUSTON, TX  77071 |
| FROMETA, YESENIA | 8100 BELLAIRE | HOUSTON, TX  77036 |
| GAINZA MATOS, LISBET | 7575 BELLAIRE BLVD #14E | HOUSTON, TX  77036 |
| GALINDO, ANDREA | 15250 GRAY RIDGE DR 722 | HOUSTON, TX  77082 |
| GALINDO, MIRIAM | 11810 ALGONQUIN DR | HOUSTON, TX  77089 |
| gallegos, dulce | 11800 grant rd | cypress, TX  77429 |
| GALLO, YAINARA | 6301  west bellfort | HOUSTON, TX  77036 |
| GAMEZ, NANCY | 10317 maryfield | HOUSTON, TX  77043 |
| GARCIA LUGO, LUCIANYS | 3600 WOODCHASE #730 | HOUSTON, TX  77042 |
| GARCIA TORRES, LISBET | 6790 SW 16TH ST | MIAMI, fl  33155 |
| GARCIA, ANGELICA | 17115 TELEGRAPH creek dr | HOUSTON, TX  77379 |
| GARCIA, BREISSY | 16250 IMPERIAL VALLEY | HOUSTON, TX  77060 |
| GARCIA, DENICE | 4103 heart grove | houston, TX  77346 |
| GARCIA, DOMINIQUE | 4123 DOLARIS | HOUSTON, TX  75038 |
| GARCIA, FRIDA | 10101 W SAM HOUSTON PKWY | HOUSTON, TX  77099 |
| GARCIA, GIGI | 3003 windchase  506 | houston, TX  77082 |
| GARCIA, LAURA | 1911 PASADENA | HOUSTON, TX  77023 |
| garcia, lizandra | 10211sugar branch | houston, TX  77036 |
| GARCIA, LIZANDRA | 6001 REIMS RD #902 | HOUSTON, TX  77036 |
| garcia, mayumys | 11355 richmond | houston, TX  77082 |
| garcia, mayumys | 3600 woodchase dr 58 | houston, TX  77042 |
| garcia, rachel | 8520 pitner 1510 | HOUSTON, TX  77080 |
| garcia, yadira | 7027 neff st | houston, TX  77074 |
| garcia, yanet | 2500 old farm rd | HOUSTON, TX  77063 |
| GARCIA, YARIMA | 7900 BELLAIRE BLV APT 309 | HOUSTON, TX  77036 |
| GARCIA, YUNIA | 9411 WESTHEIMER | houston, TX  77063 |
| GARRIDO, BESABE | 7575 BELLAIRE BLVD | HOUSTON, TX  77036 |
| GARZA, ALICIA | 10802 CLEAR FORK | HUMBLE, TX  77396 |
| GARZA, ALYSSA | 120 TURTLE CREEK BLVD APT 357 | DALLAS, TX  75202 |
| GARZA, AZTRID | 405 PULTOUR RD | Houston, TX  77469 |
| garzon, ienzeni | 10615 meadowglen ln    1510 | HOUSTON, TX  77042 |
| gazmuri, rachel | 2929 rolido dr  190 | HOUSTON, TX  77063 |
| GIL TORRES, DAYHANA | 10000 CLUB CREEK DR | HOUSTON, TX  77036 |
| gil valdez, indyra | 6555 harbortown #106 | houston, TX  77036 |
| Giron, Adriana | 10319 Pony Express rd | Houston, TX  77064 |
| GOMEZ RODRIGUEZ, LISANDRA | 8907 bissenet st #286 | HOUSTON, TX  77074 |
| gomez, dayana | 6525 s gessner 3118 | houston, TX  77036 |
| gomez, iris | 11406 hornbrook | houston, TX  77099 |
| GOMEZ, LIANELYS | 9407 WESTHEIMER #323A | HOUSTON, TX  77063 |
| GOMEZ, YARISELIS | 7900 BELAIRE BLVD #349 | HOUSTON, TX  77036 |
| gomez, yusmila | 7900 bellaire blvd 256 | houston, TX  77036 |

| | | |
|---|---|---|
| gongoria, yamis | 8585 woodway dr | HOUSTON, TX 77063 |
| GONZALES, JACQUELINE | 10950 TANNER PARK CT #4803 | HOUSTON, TX 77075 |
| gonzalez sotto, ailed | 6425 westheiler rd | houston, TX 77057 |
| GONZALEZ-TELLEZ, MEY LAM | SW 68 TEL # 415 | HOUSTON, TX 77003 |
| gonzalez, | 5909 ranchester | houston, TX 77036 |
| GONZALEZ, AYMEE | 7575 BELLAIRE BLVD | HOUSTON, TX 77036 |
| GONZALEZ, DAILEN | 3707 S GESSNER | HOUSTON, TX 77036 |
| gonzalez, daniset | 3737 hillcroft 340 | houston, TX 77057 |
| gonzalez, dayana | 7575 bellaire blvd | houston, TX 77036 |
| gonzalez, gina | 4920 vanncy av | castro valley , ca 94546 |
| gonzalez, grendis | 3130 magnum rd 93 | Houston, Tx 77092 |
| gonzalez, keila | 3500 woodchase dr 810 | HOUSTON, TX 77042 |
| gonzalez, liliana | 9723 hammbecks blvd 6105 | HOUSTON, TX 33196 |
| gonzalez, lizandra | 9850 meadowglen ln 87 | houston, TX 77042 |
| GONZALEZ, LORAINE | 7027 neff st | houston, TX 77074 |
| GONZALEZ, MADAY | 9401 bechnut | houston, TX 77036 |
| gonzalez, niurma | | Ft Worth, TX |
| gonzalez, sarai | 9411 westheimer 326 | HOUSTON, TX 77063 |
| GONZALEZ, YADENIS | 6555 HARBOR TOWN | HOUSTON, TX 77036 |
| gonzalez, yanelis | 6425 s gessner 2351 | HOUSTON, TX 77036 |
| Gonzalez, Zaira | 2223 west st | HOUSTON, TX 77018 |
| Gowdy, Julia | 1413 Andrews st | houston, TX 77074 |
| grajales, aylin | 10100 westpark 1 | Houston, Tx 77042 |
| GRANADOS, VAPSI | 5715 CONCORD BRIDGE | HOUSTON, TX 77041 |
| GRANT, CHELSEA | 9550 LONGPOINT RD | HOUSTON, TX 77055 |
| grcia, yumia | | Ft Worth, TX |
| Green, Kayla | 2710 Hllsmith dr | houston, Tx 77063 |
| GUAJARDO, DAISY | 5218 OVERPOOL | SAN ANTONIO, TX 7822 |
| guerra, isaylin | | houston, TX |
| GUERRERO, SAIRA | 920 HOUSTON AVE | PASADENA, TX 77502 |
| GUEVARA, YANAY | 6555 HARBOR TOWN | HOUSTON, TX 77036 |
| Gutierrez, Anielsi | 4404 canal st | lake charles, la 70605 |
| gutierrez, diana | 7200 bellaire 512 | HOUSTON, TX 77036 |
| GUTIERREZ, GLEYNIS | 5700 brookglen 568 | houston, TX 77017 |
| GUTIERREZ, MILEIDYS | 6601 HARBOR TOWN #1210 | houston, TX 77036 |
| gutierrez, paola | 29710 BUFFALO LONGEN | SPRING, TX 770386 |
| HALE, CHASSITY | | Houston, Tx |
| hall, tationna | 20934 sugarberry way | tomball, TX 77375 |
| hallums, kaia | 2345 bering dr | houston, TX 77057 |
| hechavarria, rosana | 3620 woodchase 15 | houston, TX 77042 |
| HEKIMIAN, BROOKE | 22515 BRIATOLWOOD CT. | KATY, TX 77494 |
| hernabdez, lorena | 6425 westheimer rd | houston, TX 77057 |
| hernandez diaz, alisbe | 7575 bellaire blvd 140 | houston, TX 77036 |
| hernandez, amarily | | HOUSTON, TX |
| HERNANDEZ, AMARILY | 2565 S GESSNER | HOUSTON, TX 77036 |
| hernandez, darian | 5611 calamus | odessa, TX 79761 |
| HERNANDEZ, DAYANA | 2500 OLD FARM APT 423 | HOUSTON, TX 77063 |
| hernandez, elizabeth | 10100 westpark | houston, TX 77042 |
| hernandez, jany | 6601 harbortown 1516 | Houston, Tx 77036 |
| HERNANDEZ, LINA | 10919 fondren | houston, TX 77096 |
| HERNANDEZ, LYDIA | 1125 BEACON ST | HOUSTON , TX 77015 |
| hernandez, mabel | 7575 bellaire blvd 148 | houston, TX 77074 |

| | | |
|---|---|---|
| HERNANDEZ, MADAY | 2350 west 6 lane | hialeah, fl  33010 |
| HERNANDEZ, PAULA | 9900 S MASON apt 1112 | RICHMOND, TX  77406 |
| HERNANDEZ, RAFAELA | 6601 HARBOR TOWN | HOUSTON, TX  77036 |
| hernandez, roxana | 10110 westview | houston, TX  77043 |
| hernandez, valeria | 82501 west belfort blvd | houston, TX  77071 |
| hernandez, yadira | 9000 TOWN PARK DR #118 | houston, TX  77036 |
| HERNANDEZ, YAELIN-AIRAM | 2619 TRACY LN | HIGHLANDS, TX  77562 |
| hernandez, yanet | 3620 woodchase 96 | HOUSTON, TX  77042 |
| hernandez, yurisleydi | 2401 lazy hollow 120 | houston, TX  77063 |
| HIDALGO, ORISDAY | | houston, TX |
| HILL, DOMINIQUE | 2473 S MEMPHIS WAY | AURORA, CO  80013 |
| ho, phuong | 2009 courtney lanen drive | houston, TX  77042 |
| hoffman, jessica | 5959 bohome h   303 | houston, TX  77036 |
| holland, alyiah | 2660 augusta dr  e405 | HOUSTON, TX  77057 |
| howard, alicia | 8877 lakes at 610 dr | houston, TX  77054 |
| HOWELL, MEGAN | 7527 FM 2004 | HITCHCOCK, TX  77563 |
| HUAMANI, JIMENA | 11510 palm spring dr | HOUSTON, TX  77034 |
| hubbard, randi | 8417 arrington | jacksonville , TX  72076 |
| humic, belma | 2201 sandle brook st | pearland, TX  77584 |
| HURD, JOVANNA | 4035 DELHI | HOUSTON, TX  77022 |
| hussein, kadria | 6601 HARBOR TOWN | HOUSTON, TX  77036 |
| ibargollin,   sulennis . | 5850 parkford dr | houston, TX  77036 |
| IGARZA-DEYUNDE, ARIANNA | 9233 nOSTHEIMER #231 | HOUSTON, TX  77063 |
| IGLESIA, SARAH | 1724 QUAIL LN APT B | LAKE CHARLES , LA  706 |
| IGLESIAS, FIORENCIA | 2828 SOUTH WEST FWY | HOUSTON, TX  77098 |
| infante, grisel | 6601 harbortown 1807 | houston, TX  77036 |
| iznaga, lazara | 3400 woodchase 2206 | houston, TX  77074 |
| JACKSON, DESTINY | 12400 OVERBROOK LN | HOUSTON, TX  77077 |
| JACKSON, SHANIECE | 9850 MEADOW GLEN #220 | HOUSTON, TX  77042 |
| jardines, yurisnaidis | 1525 gran avenue#106 | austin, TX  78660 |
| jardines, yurisnaidys | 10106 tecnology blvd | dallas, TX  75220 |
| jauregui, yuneisy | 2301 lazy hollw dr | houston, TX  77063 |
| JIMENEZ, DAYNELYS | 14150 WUNDERLICH DR APT 511 | HOUSTON, TX  77069 |
| JIMENEZ, ISLINAY | 9001 TOWN PARK | HOUSTON, TX  77036 |
| jimenez, kelly | 165 east 112st | new york, ny  10029 |
| jimenez, nildreya | 6252 s gessner | HOUSTON, TX  77036 |
| johnson, destiny | 10301 sand piper 112 | houston, TX  77096 |
| KEELING, LEXIE | | Ft Worth, TX |
| KETHAN, CARLEIGH | 7907 BROOK TRAIL CIRCLE | HOUSTON, TX  77040 |
| key, danitra | 14822 knoll arbor ct | houston, TX  77049 |
| khatib, bayan | 9757 windwater dr | HOUSTON, TX  77075 |
| labrada, carla | 2525 old forum | HOUSTON, TX  77036 |
| labrada, dianelis | 3620 WOOCHASE DR #24 | HOUSTON, TX  77036 |
| LAMIGUEIRO, YAILIN | 9540 KEMPWOOD DR APT 170A | HOUSTON, TX  77080 |
| LANG, TOMMIE | 6423 BOWTRAIL | HOUSTON, TX  77084 |
| LANGARITA, YANELYS | 2349 GAGE RD #377 | HOUSTON, TX  77056 |
| LANGE, PRESLEY | 2502 WESTERLAND DR  APT 431 | HOUSTON, TX  77089 |
| lara, aurelia | 8818 wildbasin | houston, TX  77088 |
| latin, aeja | 1055 SOUTHWEST FWY | houston, TX  77074 |
| lazaga, yadira | | Ft Worth, TX |
| LEAL, ISABELA | 8401 sw  21st | miami, fl  33155 |
| LEAL, SONYA | 5801 CLAREWOOD DR #64 | HOUSTON, TX  77081 |

| | | |
|---|---|---|
| LEDESMA, YELENNY | 7575 BELLAIRE BLVD | HOUSTON , TX  77036 |
| LEE, DULEYDI | 9500 WEST RD | HOUSTON, TX  77064 |
| LEON, LEYDIS | 8787 WOODWAY DR | HOSUTON, TX  77063 |
| leon, rita | 8701 s braeswood 30 | houston, TX  77031 |
| LESCAILLE MORA, YULEIBIS | 2604 WESTERLAND | HOUSTON , TX  77063 |
| LEYRA, JIANNY | 9411 westheimer rd  117b | HOUSTON, TX  77063 |
| LEYTTET, LEON | 2525 old farm rd 428 | HOUSTON, TX  77063 |
| LEYVA CARRASQUERO, HALENA | 5903 GLENMONT DR #215 | HOUSTON, TX  77081 |
| LEYVA FERNANDEZ, MELISSA | 3600 WOODCHASE #51 | HOUSTON, TX  77042 |
| leyva, laimary | 10222 forum west 1321 | HOUSTON, TX  77036 |
| leyva, sandra | 2602 westland dr | HOUSTON, TX  77036 |
| LEZCANO MARTINEZ, YAIRIS | 7500 HARWIN DR #609 | HOUSTON, TX  77036 |
| limaya, maylen | | HOUSTON, TX |
| limon, gabriela | 2222 westerland | houston, TX  77063 |
| LIMONTA, YUDELQUIS | 2525 old farm | houston, TX  77903 |
| liranza, barbara | 6464 s sam houston parway 141 | HOUSTON, TX  77049 |
| LIRIANO, LARITZA | 700 SE 9TH CT | HIALEAH, fl  33010 |
| lisme, yudisneydi | 7575 bellaire blvd | houston, TX  77036 |
| LLORENTE, DAINIERIS | 2828 hayes rd  1437 | houston, TX  77082 |
| LOPEZ NICOLAS, ALCIA | 6150 West TIDWELL #1013 | HOUSTON, TX  77092 |
| lopez, anitta | 5454 livingston breeze | houston, TX  77078 |
| LOPEZ, BELLA | 2109 MADGE ST | HOUSTON, TX  77039 |
| LOPEZ, ELIANY | 7575 BELLAIRE BLVD APT 14D | HOUSTON, TX  77036 |
| lopez, ena | 1401 dunlop st | houston, TX  77074 |
| lopez, mildrey | 8700 WOODWAY DR #236 | HOUSTON, TX  77036 |
| LOPEZ, SANJUANA | 400 GREENS RD | HOUSTON, TX  77060 |
| lopez, solanch | 14520 brair forest | houston, TX  77077 |
| LOPEZ, YAILIN | 7900 BELLAIRE BLVD #349 | HOUSTON, TX  77036 |
| lopez, yasnara | 6005 s gessner | houston, TX  77036 |
| LOPEZ, YUTDANIA | 7912 bellaire blvd | houston, TX  77036 |
| lorente, iglaidis | 8162 richmond 1912 | houston, TX  77063 |
| LORES, INERIS | 2525 OLD FARM RD #918 | HOUSTON, TX  77063 |
| LOTIDISEGHERLO, MARYAM | 10730 WICKERSHAM | HOUSTON, TX  77042 |
| lowova, ester | 4727 west alabama 212 | HOUSTON, TX  77027 |
| LUGANES, DAYANI | 2828 fleming rd | houston, TX  77013 |
| LUGO GONZALEZ, DAYANI | 6231 WESTWARD ST | HOUSTON, TX  77081 |
| lujan, gretel | 10881 richmond ave  1502 | houston, TX  77042 |
| machado, dailys | 1200 south hays st | ROUND ROCK, TX  7866⸱ |
| MACHADO, DANIA | 3620 woodchase 114 | houston, TX  77042 |
| MADERA, VANEZA | 5228 ASH LN | DALLAS, TX  75223 |
| madriz, jeanette | 8626 meadowcroft | houston, TX  77036 |
| MALTEZ, EMILY | 10514 AMBLEWOOD | HOUSTON, TX  77099 |
| marin, jessica | 3300 sage rd | houston, tx  77056 |
| MARTE, JOSEFINA | 4008 sherwood ln | houston, TX  77074 |
| martin, ines | 6400 s gessner 2076 | houston, TX  77036 |
| MARTINEZ CASTRO, ESLIDA | 3600 WOODCHASE DR #58 | HOUSTON, TX  77042 |
| MARTINEZ ORTEGA, ANIUSKA | 3670 WOODCHASE DR #50 | HOUSTON, TX  77042 |
| MARTINEZ, ALEXIS | 11212 WESTPARK DR #436 | HOUSTON, TX  77042 |
| Martinez, Arianna | 9301 Beechnut | Houston, TX  77031 |
| martinez, barbara | 9255 w s houston | HOUSTON, TX  77099 |
| martinez, dayana | 9477 westheimer 1198 | houston, TX  77063 |
| martinez, daylen | 7111 hillcroft 116 | houston, TX  77063 |

| | | |
|---|---|---|
| MARTINEZ, ELIANY | 7575 BELLAIRE BLVD APT 14D | HOUSTON, TX 77036 |
| martinez, elizabeth | 7900 westheimer 32 | houston, TX 7083 |
| MARTINEZ, ELSIDA | 7900 BELLAIRE | HOUSTON, TX 77036 |
| martinez, karina | 3131 eastex freeway | houston, TX 77026 |
| martinez, keyla | 5850 port front | houston, TX 77036 |
| MARTINEZ, MARGARITA | 6555 harbortown 514 | HOUSTON, TX 77036 |
| martinez, margarita | 2525 city west blvd | HOUSTON, TX 77042 |
| martinez, melissa | 7222 JENSEN DR | houston, TX 77093 |
| martinez, roxana | 6601 harbor town 1324 | houston, TX 77036 |
| martinez, taiyane | | , TX |
| MARTINEZ, TARAYA | 1000 PLANTATION DR | DESOTO, TX 75115 |
| MARTINEZ, YAMILKA | 4019 22 ave | naples, fl 34120 |
| MARTINEZ, YANIRIS | 191 FISHERMAN ST APT 185 | OPA LOKAS, FL 33054 |
| martinez, yucelis | 12300 fleming 420 | houston, TX 77036 |
| MARTINEZ, YUSDELSY | 5959 bonhomme rd 354 | HOUSTON , TX 77036 |
| mas rodriguez, sahily | 2525 old farm rd #1228 | houston, TX 77063 |
| MASTERS, HANNAH | 5455 RICHMOND AVE APT 419 | HOUSTON, TX 77074 |
| matthews, kala | 2601 woodland dr | houston, TX 77077 |
| MAULIN- MARTIN, DIAMELA | 1251 WILCREST | HOUSTON, TX 77042 |
| MAYO VALDES, MARA | 510 SW 13TH AVE | MIAMI, FL 33135 |
| MEDINA, YANISLEIDIS | 7027 neef | houston, TX 77074 |
| MEDRANO, DAYESSI | 1135 RICHMOND 1505 | HOUSTON, TX 77082 |
| medrano, karina | 5210 weslayan | houston, TX 77005 |
| mejia, ailen | 3600 woodchase 58 | houston, TX 77042 |
| mena, lyney | 6960 bellaire blvd 2104 | houston , TX 77074 |
| MENDEZ, MEGAN | 923 SUMMER DR | SAN ANTONIO, TX 7871 |
| mendez, tatiana | 5311 beverly hill st 21 | houston, TX 77056 |
| mercedez, sardina | 4822 e sam houston 1706 | HOUSTON , TX 77015 |
| MERRETT-BRITAIN, FAITH | 74 BRIAR HOLLOW LN | HOUSTON, TX 77027 |
| MESA-JIMENEZ, CYNTHIA | 7900 BELLAIRE BLVD | HOUSTON, TX 77036 |
| mesa, helen | 1911 pasadena st | houston, TX 77023 |
| metcalf, shawnta | 4109 old jenny lind rd | fortsmith , ar 72901 |
| MILANES-FIGUERDO, LADYS | 2301 HAYES RD APPT 7605 | HOUSTON, TX 77077 |
| millares, jalianet | 12200 ffleming dr 1000 | houston, TX 77013 |
| miller, alexis | | houston, TX |
| montalvo, hany | 3527 randy ln | houston, TX 77449 |
| montane, inalvis | 7000 fonvilla st | houston, TX 77074 |
| MONTEAGUDO, KATIA | 7506 CLAREWOOD RD | HOUSTON, TX 77036 |
| montenegro, margarita | 2500 old farm 816 | houston, TX 77063 |
| monterrosa, ana | 8100 bellaire | houston, TX 77036 |
| moodley, tia | 4830 fairgreen ln | HOUSTON, TX 77048 |
| MOODLY, TIA | | Ft Worth, TX |
| mora, yanisleidys | | Ft Worth, TX |
| morales, carmen | 8787 woodway 9208 | houston, TX 77063 |
| morales, dianelys | 7575 bellaire blvd | houston, TX 77036 |
| morales, karen | 1223 milan st | houston, TX 77002 |
| MORATON BONET, AILED | 3620 WOODCHASE DR #22 | HOUSTON, TX 77042 |
| morencio, maria | 2525 OLD FARM RD 428 | HOUSTON, TX 77063 |
| moreno, andrea | 11230 sw frwy 109 | houston, TX 77031 |
| MORENO, CHRISTINA | | Houston, Tx 77029 |
| morgado, rocio | 8100 sands point 2223 | HOUSTON , TX 77036 |
| Morris, Kami | 3703 Cickerin | Houston, TX 77026 |

| | | |
|---|---|---|
| MOSQUERA, JACQUELINE | | houston, TX |
| MOZQUERA, JACQUELINE | 5850 PARK FRONT DR | HOUSTON, TX  77036 |
| munoz, katia | 3158 windchase blvd | houston, TX  77082 |
| MUNOZ, lilia | 111 n clarke st | milledgeville, ga  31061 |
| MUNOZ, NANCY | 11913 DOWNEY | HOUSTON, TX  77076 |
| napoles, leticia | 6555 harbor town dr | houston, TX  77036 |
| NAVARRO, GIPSY | 9001 TOWN PARK | HOUSTON, TX  77036 |
| negrony, yanira | 5850 park front 286 | houston, TX  77036 |
| NGO, LOAN | 8707 OLIVE ST | HOUSTON, TX  77083 |
| NIEVES GARLOBO, YANELA | 7139 mozo drive | HOUSTON , TX  77074 |
| NORBERT, RABINI | 6215 LOVE PR. | HOUSTON, TX  75039 |
| noriega, yenisbel | 5058 gulfton | HOUSTON, TX  77081 |
| NORWOOD, NEECOLE | 4109 old jenny blvd | fortsmith , ar |
| NOY, ORDELEY | 10100 WEST PARKER DR APT 10 | HOUTSON, TX  77042 |
| NUNEZ, ISEL | 5909 RANCHESTER | HOUSTON , TX  77036 |
| NUNEZ, YULISLEYDIS | 8820 westheimer | houston, TX  77063 |
| OBANA, yairislin | 7575 bellaire 140 | houston, TX  77036 |
| oglesby, jordan | 1207 lyric ln | pasadena, TX  77857 |
| ojeda, mailin | 7575 bellaire blvd 13b | HOUSTON, TX  77036 |
| olivares, okssana | 7111 hillcroft 116 | HOUSTON, TX  77081 |
| OLIVAS, MEGAN | 11212 WESTPARK DR. #436 | HOUSTON , TX  77042 |
| OLIVEROS, YAISEL | 5959 bonhomme rd | Houston, TX  77306 |
| olivia, lisbet | 8820  wetheimer | houston, TX  77063 |
| OLVERA, IZAMARY | 8617 RAYSON RD | HOUSTON, TX  77080 |
| ORELLANA, CLAUDIA | 3101 vista dr | houston, TX  77471 |
| ORIA, JESSICA | 3400 WOODCHASE | houston, TX  77042 |
| ORR, ALEXANDRA | 2727 ELMSIDE DR | HOUSTON, TX  77042 |
| OSET, YURISBEL | 5959 BONHOMME 283 | HOUSTON, TX  77036 |
| OTERO, JESSICA | 3455 FM 1960 RD W #2204 | HOUSTON, TX  77338 |
| pacheco, grisel | 3431 walnut bend 2213 | houston, TX  77042 |
| PAJAN, ALIANIS | 2929 rolido  130 | houston, TX  77063 |
| palenzuela, nancy | 7575 bellaire blvd 3d | HOUSTON, TX  77036 |
| PALLAS, GUIANEYA | 2742 JEANETTA ST | HOUSTON, TX  77063 |
| PALMERO POMPA, YANIUSKA | 37775 GESSNER DR #1406 | HOUSTON, TX  77063 |
| paneque, anais | 7575 bellaire 12e | HOUSTON, TX  77036 |
| PANTOJA YERA, LISBET | 2431 FM 1960 RD W #3304 | HOUSTON, tx  77068 |
| PAPUGA, SAIRA | 7575 bellaire blvd #106 | houston, TX  77036 |
| paredes, mailen | 2827 dunvale rd | HOUSTON, TX  77063 |
| PARODI, NEYSIS | 2870 PARDLOEK BROOK | houston, TX  77036 |
| PASCUAL , SANDY | 8787 WOODWAY DR | houston, TX  77063 |
| pato, sucel | 2525 old farm | houston, TX  77063 |
| PAZ ECHERARRIA, DAYANA | 3030 ELMSIDE DR APPT 233 | HOUSTON, TX  77042 |
| PEARSON, MIKAYLA | 10255 bissonet st | HOUSTON, TX  77036 |
| pena menedez, leydis | 6601 harbor town dr 1806 | HOUSTON, TX  77036 |
| PENA PEREZ, YASNELY | 5850 WEST GULF BANK #1115 | HOUSTON , TX  77088 |
| pena, aleisa | 408 w collard | madisonville, TX  77864 |
| pena, elayne | 5757 guhn rd  245 | HOUSTON, TX  77040 |
| PENA, YOSIMI | 9100 westheimer rd 621 | houston, TX  77063 |
| pennington, morgan | 309 stratford  10 | houston, TX  77006 |
| PERAL GONZALEZ, WENDY | 14410 MINELTA ST | HOUSTON, TX  77035 |
| PERAL, WENDY | 11606 hendon ln | houston, TX  77072 |
| peralta, darlene | 1 cretwood cir | sugarland, TX  77478 |

| | | |
|---|---|---|
| PERDOMO, REYNA | 11707 SELA LN | HOUSTON, TX  77072 |
| pereira, laura | | houston, tx |
| perez santana, annalay | 6425 westheimer RD  125 | HOUSTON, TX  77057 |
| PEREZ-GARCIA, ADIELA | 6200 GULFTON ST | HOUSTON, TX  77081 |
| perez, amalia | 12010 fork creek dr | HOUSTON, TX  77065 |
| perez, caridad | 2742 jeantta ct  638 | houston, TX  77063 |
| perez, diliany | 9001 town park 203 | houston, TX  77036 |
| PEREZ, ILSE | 4885 n bucker 112 | fresno, ca  73722 |
| PEREZ, ITANY | 9407 WESTHEIMER | HOUSTON, TX  77063 |
| PEREZ, JANY | 8155 richmond | houston, TX  77063 |
| perez, katia | 10300 Harwin Dr | Houston, TX  77036 |
| perez, mabel | 12714 s dairy ashford | HOUSTON, TX  77099 |
| PEREZ, ONEIDA | 6161 REIMS DR | HOUSTON, TX  77036 |
| perez, raxelyn | 9001 town park | houston, TX  77036 |
| perez, yaimara | 6833 nw 173blvd | miami, fl  33015 |
| PEREZ, YAMISLEIDY | 2525 OLD FARM #1635 | HOUSTON, TX  77063 |
| perez, yanela | 2300 lazy hollow 3441 | HOUSTON, TX  77063 |
| perez, yenisey | 4250 west 34th st | houston, TX  77092 |
| PEREZ, YUDEN | 8787 woodway | houston, TX  77036 |
| PIMENTEL, MARYULI | 6060 OAK BAY DR 1219 | HOUSTON, TX  77091 |
| PINA, ELVIROSY | 7575 BELLAIRE BLVS | HOUSTON, TX  77036 |
| pineda, atamba | 7575 plum creek dr  19 | Houston, TX  77012 |
| piorto, yanay | 7027 NEFF ST | houston, TX  77074 |
| PONCE, ELIZA | 6430  providence cove | HOUSTON, TX  77086 |
| PONS, YANEIXIS | 12000 FLEMING #1902 | HOUSTON, TX  77013 |
| POUSADA, ROCIO | 2100 BEARING DR #545 | HOUSTON, TX  77057 |
| prado, nailan | 6607 harbor town | houston, TX  77036 |
| pratt, ayisha | 10201 telephone rd  22 | Houston, TX  77075 |
| preval, mirthabel | 9001town park 203 | houston, TX  77036 |
| prieto, yaimet | 7979 westheimer1122 | hounton, TX  77036 |
| PRIETO, YANIRYS | 7900 BELLAIRE BLVD | HOUSTON, TX  77036 |
| Puebla, Claudia | 7979 Westheimer | Houston, TX  77063 |
| puig, beatriz | 7118 brendam ln | houston, TX  77072 |
| pupo, katiusca | 6400 s gessner 2076 | houston, TX  77036 |
| quevedo, maria | 7575 bellaire blvd   7b | HOUSTON, TX  77036 |
| QUINONES, YANAY | 7550 kirby dr  312 | HOUSTON , TX  77030 |
| quintana, mayda | 3620 woodchase 96 | HOUSTON, TX  77042 |
| QUINTANA, REBECA | 3323 MCCUE RD #1214 | HOUSTON, TX  77056 |
| QUINTERO-COBA, MARISELIS | 2827 DUNVALE RD | HOSUTON, TX  77063 |
| quintero, inaray | 2827 dunvale rd APT 2205 | houston, TX  77063 |
| QUINTERO, LISANDRA | 6600 DUNLAP ST | HOUSTON, TX  77074 |
| quintero, maray | 9850 richmond ave 4103 | houston, TX  77042 |
| quintero, yaili | 7575 bellaire blvd | HOUSTON, TX  77036 |
| RAMIREZ PEREZ, ANNEYVIS | 2500 OLD FARM #423 | HOUSTON, TX  77063 |
| RAMIREZ, CATHERINE | 645 BARRINGER LN | HOUSTON, TX  77598 |
| ramirez, jeily | 7777 glen americana | Ft Worth, TX |
| RAMIREZ, KIMBERLY | 10912 gulf fwy | HOUSTON, TX  77034 |
| ramirez, lianet | 7979 westheimer | houston, TX  77063 |
| ramirez, yairelis | 8701 gostive ln | HOUSTON, TX  77031 |
| RAMIREZ, YUDITH | 6601 HARBOR TOWN  #1307 | houston, TX  77036 |
| ramos mendez, zoe | 7575 bellaire blvd 1420 | houston, TX  77036 |
| RAMOS, SARA | | Ft Worth, TX |

| | | |
|---|---|---|
| RAMOS, TAHIMI | 9407 WESTERLAND RD | HOUSTON, TX   77063 |
| rangel, stephanie | 12203 i45 | centerville, TX   75833 |
| recio, danieyis | 9407 westheimer 2264 | houston, TX   77063 |
| reina, dianelis | 2742 jeaneta ct 638 | houston, TX   77063 |
| rejo, danay | | HOUSTON , TX |
| reyes, claudia | 6555 harbortown dr 313 | HOUSTON, TX   77036 |
| reyes, janira | 4235 willowbeach | houston, TX   77072 |
| reyes, marisol | 8509 sikorski | dallas, TX   75228 |
| REYES, MELISSA | | HOUSTON, TX |
| REYES, SHEYLA | 7203 BELLAIRE DR #323 | HOUSTON, TX   77036 |
| REYES, SOCARRAS | 6601 harbortown 1106 | houston, TX   77036 |
| REYES, YAMARA | 8585 woodway | houston, TX   77063 |
| REYES, YARISLEIDIS | 741 SW 9TH ST APPT 214 | MIAMI, fl   33130 |
| ricardo, eliyanis | 6555 HARBOR TOWN #506 | houston, TX   77036 |
| ricardo, yorleidys | 2500 old farm rd | houston, TX   77063 |
| RICHARDSON, YANET | 2927 ROLIDO DR | HOUSTON, TX   77063 |
| RICHARDSON, YANET | | 6600 DUNLAP, TX   77074 |
| rignack, kenya | 9411 wethimer rd | houston , tx   77063 |
| RINCON, GRECHEN | 7912 bellaire  712 | HOUSTON, TX   77036 |
| RINCONES, CINDY | 1302 FAIR OAKS DR | RICHMOND, TX   77469 |
| RIOS, ELIZABETH | 3442 WILMER ST | HOUSTON, TX   77004 |
| RIOS, YANARA | | HOUSTON, TX |
| RIOS, YANARA | 6201 W BELFORT ST | houston, TX   77035 |
| rivera, lisandra | 9851 meadoglen apt 190 | HOUSTON, TX   77042 |
| RIVERA, MELISSA | 11831 northfair hollow | HOUSTON, TX   77043 |
| RIVERA, NAOMI | 28204 HICKORY HILL | houston, TX   77447 |
| RIVERA, YURISLEYDI | | HOUSTON, TX |
| RIVERON, LISDAY | 6505 GESSNER | HOUSTON, TX   77036 |
| Rocha, Claudia | 15200 Park Row #835 | Houston, TX   77086 |
| RODAS, SANDY | 6302 north ln | houston, TX   77076 |
| RODRIGUEZ BARCENAS, SELENA | 3600 WOODCHASE #57 | HOUSTON, TX   77042 |
| RODRIGUEZ VERDECIA, DANAISA | 7500 BELLERIVE  #2413 | HOUSTON , TX   77036 |
| RODRIGUEZ-GOMEZ, SAILI | 2602 WESTERLAND DR APPT C34 | HOUSTON, TX   77063 |
| RODRIGUEZ-TAN, MAILIN | 6525 S GESSNER APPT 3108 | HOUSTON, TX   77036 |
| rodriguez, ana | 3540 sage rd | houston, TX   77056 |
| rodriguez, anai | 7575 bellaire blvd 1215 | HOUSTON, TX   77036 |
| RODRIGUEZ, FIORELLA | 9501 BEECHNUT | HOUSTON, TX   77036 |
| rodriguez, janett | 1750 sky larklane #2802 | HOUSTON, TX   77056 |
| RODRIGUEZ, LISANDRA | 6555 HARBOR TOWN #800 | HOUSTON, TX   77036 |
| rodriguez, mayri | 7210 hill pkhwy | lousville, ky   40222 |
| rodriguez, melina | 6231 westwood 49 | HOUSTON, TX   77081 |
| rodriguez, monica | 7821 nw 194 st | hialeah, fl   33015 |
| rodriguez, nailyn | 10000 club creek | houston, TX   77036 |
| rodriguez, noelia | 7575 bellaire blvd | HOUSTON, TX   77036 |
| rodriguez, rosa | 9233 WESTHEIMER ROAD | HOUSTON, TX   77063 |
| rodriguez, saili | 2602 westerland dr | houston, tx   77063 |
| RODRIGUEZ, VALERIA | 2815 GREENRIDGE APT 38 | HOUSTON, TX   77057 |
| rodriguez, yahilys | 2500 old farm rd | HOUSTON, TX   77063 |
| rodriguez, yaima | 6300 s congress ave 79 | austin, TX   78745 |
| rodriguez, yaima | 9477 westheimer 1198 | houston, TX   77063 |
| rodriguez, yanira | 11355 richmond ave  1017 | houston, TX   77082 |
| rodriguez, yennifer | 7575 bellaire blvd 15h | HOUSTON, TX   77036 |

| | | |
|---|---|---|
| RODRIGUEZ, YOSLEISI | 9221 PAGEWOOD LN APPT 146 | HOUSTON, TX 77663 |
| rodriguez, yunet | 9001 town park dr | houston, TX 77036 |
| rodriguez, yusimi | 5850 park front | houston, TX 77036 |
| RODRIGUEZ, YUSLEYDI | 6118 N AMENIA AVE | TAMPA, FL 3360Y |
| ROJAS, YOLAIMA | 9001 TOWN PARK | HOUSTON, TX 77036 |
| ROMERO ESCOBAR, REYNA | 3600 WOODCHASE DR #58 | HOUSTON, TX 77042 |
| romero, daniellis | 6608 harbor town | HOUSTON, TX |
| ROMERO, DAYANA | 6500 dunlap 628 | houston, TX 77074 |
| romero, jaliene | 2300 lazy hollow 3441 | HOUSTON, TX 77063 |
| romero, reyna | 3600 woodchase 58 | HOUSTON, TX 77042 |
| ROQUE, ARLETY | 7575 BELLAIRE BLVD | HOUSTON, TX 77036 |
| rosabal, rosana | 2525 old farm rd 1825 | houston , TX 77063 |
| rosales, yaibelys | 11355 richmond av | houston, TX 77082 |
| rosales, yudilaimis | 7979 westheimer | HOUSTON, TX 77073 |
| rosalez, yurislay | 7500 pinemont 1006 | houston, TX 77040 |
| ROSENDO, YANELYS | 9898 FORUM PARK DR | HOUSTON, TX 77036 |
| RUBIO, DALMA | 7203 BELLAIRE DR | HOUSTON, TX 77036 |
| ruddell, enriqueta | 2525 augusta dr | HOUSTON, TX 77057 |
| ruiz, brianna | 501 1/2 canadian st | houston, TX 77009 |
| ruiz, elsa | 8500 main st | HOUSTON, TX 77074 |
| RUIZ, LISANDRA | 6601 harbor town dr | houston, TX 77036 |
| SAAVEDRA, YALINA | 9850 MEADOWGLEN | HOUSTON, TX 77042 |
| SAAVREDA, MELANIE | 13155 WOODFOREST ST APT 1002 | HOUSTON, TX 77015 |
| sablon, isel | 5909 RANCH ESTER DRIVE | houston, TX 77036 |
| SAECHAO, CHRISTINA | 1440 AMADOR | SAN PABLO , CA 94806 |
| SAENZ, MYA | 1911 WESTMEAD DR | HOUSTON , TX 77077 |
| sagarra, jennifer | 4301 dunvale 2704 | houston, TX 77063 |
| saker, dayana | 2500 old farm 816 | HOUSTON, TX 77036 |
| SALAS, ALLYSA | 1111 falcon park dr | katy, TX 77494 |
| SALAS, ASIA | 209 grace st | houston, TX 77011 |
| SALAZAR, LILIANA | 4235 willow bach dr | houston, TX 77072 |
| salinas, janeyce | 6120 stoneybrook dr | angleton, TX 77515 |
| SALLIS, SAPHIRE | 514 N 5th ST | Houston, TX 77090 |
| sanchez, jany | 7575 bellaire blvd 10d | HOUSTON, TX 77036 |
| SANCHEZ, JESSIELIZ | 257 WASHINGTON ST #8 | SALEM, ma 01970 |
| SANCHEZ, MAYLIN | 64005 S GESSNER | HOUSTON, TX 77036 |
| SANDOVAL, XIMENA | 12200 fleming dr | houston, TX 77029 |
| santa cruz, annerys | 6525 s gessner rd | houston, TX 77036 |
| santana, annalay | 6425 westheimer 125 | HOUSTON, TX 77057 |
| SANTI, MELANY | 9445 CONCOURSE #319 | HOUSTON, TX 77041 |
| SANTIAGO, FERNANDA | 20022 FORTBRIDGER | KATY, TX 77449 |
| SANTOS, LEYDIS | 8820 westheimer 2455 | houston , TX 77063 |
| santos, viviana | 3030 w sam houston | houston, TX 77040 |
| SANTOYO, JANIN | 12218 PLUMPOINT DR | HOUSTON , TX 77099 |
| SARDINA, YOLEISY | 7575 BELLAIRE BLVD | HOUSTON, TX 77036 |
| sarmiento, hilda | 3400 woodchse #1904 | houston, TX 77042 |
| SAUREZ-RAMIREZ, DANIELA | 6530 SOUTHWEST FWY APPT 211 | HOUSTON, TX 77074 |
| schumacher, lena | 6464 san felipe st | HOUSTON, TX 77057 |
| seewtman, ayanna | 1923 westwood | stafford, TX 77477 |
| SERRANO, FELICITAS | 1111 lousie st | houston, TX 77009 |
| Silva, Liudmila | 2525 OLD FARM #2027 | houston, TX 77063 |
| SILVA, YENISLEYDI | 6601 harbor town 1225 | HOUSTON, TX 77036 |

| | | |
|---|---|---|
| SIMMONS, KALYN | 17723 SMOOTH ROCK FALLS DR | HOUSTON, TX   77379 |
| simon, karen | 970 bunker hill rd | HOUSTON, TX   77024 |
| SMITH, AMBER | 14805 GRISBY | HOUSTON, TX   77079 |
| SNYDER, NATALIE | 3363 mc cue rd | houston, TX   77056 |
| so, sharon | | HOUSTON, TX |
| somoano, leyda | 2 good son dr   421 | houston, TX   77060 |
| soosa, yudislainy | | HOUSTON, TX |
| soria, araceli | 11800 grant rd | cypress, TX   77429 |
| SORIA, BEATRIZ | 6505 S GESSNER RD APT 1256 | HOUSTON, TX   77036 |
| SOTELO, CLAUDIA | 1614 PECAN CROSSING DR | RICHMOND, TX   77406 |
| SOUKSAMRANE, VILILUC | 10530 CRESCENTMOON | HOUSTON, TX   77064 |
| STEWART, KEIONII | 7987 bellfort 604 | houston, TX   77061 |
| STOOKEY, AMBER | 2808 22st | dickinson, TX   77539 |
| SUAREZ, DAYANA | 2925 CROSSVIEW DR | houston, TX   77063 |
| SUAREZ, SHAKIRA | 9301 bechnut   2311 | houston, TX   77036 |
| SUAREZ, SOCHI | 7500 bellaire blvd | houston , TX   77036 |
| SULTON, YUSLEIDY | 8800 GUSTICE LN | HOUSTON, TX   77031 |
| sumlin, janee | 4411 adonis dr | spring , TX   77373 |
| sumlin, jenell | 4411 adonis dr | spring, TX   77373 |
| SZYMANSKI, CORINNE | 323 shenandoah | richmond, TX   77469 |
| szymanski, corinne | 323 shenandoah dr | richmond, TX   77469 |
| TALAVERA, JEANETTE | 7427 kingsley st | houston, TX   77087 |
| TAMAYO ARGUELLES, EVELIN | 8588 WOODWAY DR #228 | HOUSTON, TX   77063 |
| TAMAYO, GERYT | 7101 WESTPARK | HOUSTON, TX   77041 |
| tamayo, leyxis | 7575 bellaire blvd | houston, TX   77036 |
| taylor , mariah | 8312 loverdej st | houston, TX   77084 |
| TAYLOR, ANTONIQUE | | HOUSTON, TX |
| taylor, journay | 3530 discovery creek BLVD | woodlands, TX   77386 |
| tellez, yadira | 3930 omeara 71 | houston, TX   77025 |
| THAREUAX, MAYLIN | 6114 RENWICK | HOUSTON, TX   77081 |
| thaureaux, maylin | | HOUSTON, TX |
| Tinjero, Jessica | 7510 Decker Rd | HOUSTON , TX |
| tirado, linet | 625 seminar dr | houston, TX   77060 |
| tollett, devine | 12203 old waters rd | HOUSTON, TX   77014 |
| torrecilla, yemny | 7575 bellaire | houston, TX   77036 |
| torres barreras, Rosa amelia | 3737 TERRACE AVE #180 | HOUSTON, TX   77879 |
| TORRES-PEREZ, DAYANA | 7027 NEFF ST | HOUSTON, TX   77074 |
| TORRES, CAMILA | 6425 WESTHIMER RD | HOUSTON , TX   77089 |
| TORRES, DANIELA | 1911 PASADENA | HOUSTON, TX   77023 |
| torres, dayami | 2500 old farm rd  238 | houston, TX   77063 |
| TORRES, FARLEDI | 200 NORTH PINES | KINGWOOD, TX   77339 |
| torres, lisbeth | 8102 BELLAIRE BLVD | HOUSTON, TX   77036 |
| torres, lisbeth | 9901 richmond apt 203 | houston, tx   77042 |
| TORRES, NERYS | 3620 WOODCHASE | houston, TX   77042 |
| torres, sherleen | 5900 ranchester | houston , TX   77036 |
| TORRES, SUXCHILY | 8018 almeda genoa | HOUSTON, TX   77075 |
| TORRES, SUYEN | 6425 s gessner   2149 | houston, TX   77036 |
| TORRES, VENESSA | 7201 SPENCER HWY | Ft Worth, TX   77505 |
| TORRES, YUSIMIR | 10100 westpark | HOUSTON, TX   77042 |
| TOUSLEY, TAYLO | 2305 WALABAMA ST | HOUSTON, TX   77098 |
| TRAN, YVON | 12511 JADE TREASURE DR | HOUSTON, TX   77072 |
| TREJO, LESLY | 3770 STORGEEN AVE | MEMPHIS, TX   38111 |

| | | |
|---|---|---|
| TREJO, MARICELA | 1998 Montreat Dr. | Memphis, tn  38134 |
| turner, shalonda | 8750 point park dr | houston, TX  77095 |
| TURRO, MAGDA | 222 MASON CREE DR | HOUSTON, TX  77450 |
| TYRRELL, HAILEY | 3323 MCCUE RD #1323 | HOUSTON, TX  77056 |
| valadez, silvia | 14211 ingham ct | sugarland, TX  77498 |
| VALDESPINO, YADIRA | 3620 WOODCHASE DR APPT 55 | HOUSTON, TX  77042 |
| VALDEZ, WENDY | 9802 FORUM PARK | HOUSTON, TX  77036 |
| VALENZUELA, ODALYS | 2604 WESTERLAND | HOUSTON, TX  77063 |
| VARGAS, ALEXIS | 8626 meadowcroft | houston, TX  77036 |
| VAZQUEZ, DECNIA | 9001 town park  2108 | HOUSTON, TX  77036 |
| vazquez, eylin | 7875 bellaire blvd  7b | HOUSTON, TX  77036 |
| VEGA VALDES, OSIRIS | 3600 WOODCHASE | HOUSTON, TX  77042 |
| vega, arianna | 7222 bellerive 707 | houston, TX  77036 |
| VELASQUEZ, YAMILETH | 9501 WEST SAM HOUSTON | HOUSTON, TX  77099 |
| velazco, YURDERIA | 2500 old tex hs | HOUSTON, TX  77036 |
| velazquez, yuleisy | 1200 fleming | houston, TX  77013 |
| VELIZ, OSDALMIS | 6300 ranchester #192 | houston, TX  77036 |
| venego, yusimailin | 19947 sutton falls | houston, TX  77433 |
| viciedo, yadiris | 670 maxey rd | houston , TX  77013 |
| VIDIAUX THOMAS, YAILIN | 6000 HARBORTOWN | HOUSTON, TX  77036 |
| vidiaux, yailin | 9001 harbor town | houston, TX  77036 |
| vila, dianely | 12200 fleming dr 1001 | houston, TX  77013 |
| VILCHIS, JIMENA | 5130 cinco falls | katy, TX  77494 |
| villareal, claudia | 8800 bellaire blvd | houston, TX  77036 |
| VILLASMIL, MARITZABEL | 3800 AUDLEY ST | houston, TX  77059 |
| VINCENT, VICTORIA | 5523 ARLINGTON | HOUSTON, TX  77076 |
| virelles, claudia | 7222 bellerive dr  2008 | HOUSTON, TX  77036 |
| VIVEROS, INDRA | 20430 IMPERIAL VALLEY | HOUSTON, TX  77036 |
| wallace, ashley | 145 heights blvd #136 | HOUSTON , TX  77077 |
| WEBER, IVET | 1071 LAKE CARDYN APT 1061 | IRVING, TX  75039 |
| WHITE, MEGAN | 16923 LOCUST SPRING DR | HOUSTON, TX  77095 |
| WILLIAM, LISANDRA | 9475 w sam houston pkwy | houston, TX  77099 |
| williamson, jayde | 1710 liberty hill dr | houston, TX  77075 |
| ZALDIVAR SALGADO, ROSALIA | 3500 WOODCHASE #1415 | HOUSTON, TX  77042 |
| zamora, cecilia | 8787 woodway 9208 | houston, TX  77063 |
| zamorano, jessica | 2103 voss st | HOUSTON, TX  778241 |
| zepeda, juliet | 1900 sanpedro st | houston , TX  77078 |
| ZETINO, SANDRA | 1200 S. FRAZIER ST APPT 103 | CONROE, TX  77301 |
| ZOMBRANO, NANCY | 4425 LAGUNA | HOUSTON, TX  77036 |
| Zulemi, Carolina | 12401 Wokeschobee | Hialeah, FL  33018 |

**Fill in this information to identify the case and this filing:**

Debtor Name    **Duncan Burch, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number    **19-41699-elm11**
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/07/2019**    X _____
      MM / DD / YYYY       Signature of individual signing on behalf of debtor

           **Steven William Craft**
           Printed name

           **President**
           Position or relationship to debtor